

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535



(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

February 19, 2008

Albert V. Bryan United States
Eastern District of Virginia
Courthouse, 2nd Floor
401 Courthouse Square
Alexandria, VA 22314-5704

Re:   Transfer of our Civil Case No.   CV 07-07357 AHM (PJWx)

Case Title:  Ronald Houston, et al., v. URS Corporation, et al.,

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

***PPlease use your Court's Pacer account and password to access all efiling documents to our website: http://ecf.cacd.uscourts.gov.*

*Thank you.*

Very truly yours,
SHERRI R. CARTER
Clerk, U.S. District Court

By _____
         J. LAM (213) 894-7982
Deputy Clerk

cc:   All counsel of record

===============================================================================

## TO BE COMPLETED BY RECEIVING DISTRICT

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: __1:08cv203__.

Clerk, U.S. District Court

By __/s/__
Deputy Clerk

CV-22 (01/01)          **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**