UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

RONALD HOUSTON, et al.

vs.  Civil/Criminal Action No. 1:08 CV 203 (LO) (JFA)

URS CORPORATION, et al.

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
PARTNERSHIP FOR RESPONSE AND RECOVERY

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
DEWBERRY & DAVIS LLC and URS GROUP, INC.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

April 4, 2008

Date

Signature of Attorney or Litigant

Counsel for URS CORPORATION, DEWBERRY & DAVIS LLC and PARTNERSHIP FOR RESPONSE AND RECOVERY

Rev. 7/14/04

## CERTIFICATE OF SERVICE

I certify that on the 4th day of April, 2008, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Teresa Burke Wright (VSB No. 30770)
> JACKSON LEWIS LLP
> 8614 Westwood Center Drive, Suite 950
> Vienna, Virginia 22182
> WrightT@jacksonlewis.com
> *Local Counsel for Co-Defendants Parsons Brinkerhoff, Inc. and Alltech, Inc.*

And I certify that I will send the foregoing by e-mail and U.S. Mail to the following non-filing users:

> Walter K. Lack, Esq.
> Richard P. Kinnan, Esq.
> ENGSTROM LIPSCOMB & LACK, P.C.
> 10100 Santa Monica Boulevard, 16th Floor
> Los Angeles, California 90067-4107

> Karl A. Gerber, Esq.
> DANZ & GERBER
> 13418 Ventura Boulevard
> Sherman Oaks, California 91423

*Counsel for Plaintiffs Ronald E. Houston and Joseph Lomascolo*

-and-

> Paul J. Siegel
> JACKSON LEWIS LLP
> 58 South Service Road, Suite 410
> Melville, New York 11747
> *Counsel for Co-Defendants Parsons Brinkerhoff, Inc. and Alltech, Inc.*

/s/
Michael E. Kinney (mkinney@hunton.com)
(VSB No. 65056)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
Telephone: (703) 714-7400
Facsimile: (703) 714-7410