# EXHIBIT 1

**Welcome Ronald Houston**
*If you are not Ronald Houston please contact PaRR Inspections at admin@parrinspections.com or 1-800-758-0362 for your correct User ID and Password immediately, do not make any changes to this form.*

Inspector Field Statistics
(last update: 7/6/2007)
[includes inspections performed prior to 7/6/2007 1:39:52 AM]

### Overall Statistics

|             | 2007 Contract | | 2001 Contract | | | | |
|-------------|------|----------------------------|------|----------------------------|-------------------------|-------|-------|
| Inspections | QCs  | Avg QC Score (100.00) | QCs  | Avg QC Score (4.00) | Avg Turnaround Time | FCORs | CCORs |
| 6,491       | 0    | N/A                        | 157  | 3.22                       | 2.05 days               | 85    | 247   |

### Statistics by Disaster

| Disaster     | Inspections | QCs | Avg QC Score | Avg Turnaround Time | FCORs | CCORs |
|--------------|-------------|-----|--------------|---------------------|-------|-------|
| DR-1650 NY   | 112         | 4   | 2.73 (3.45)  | 2.98 days (2.18 days) | 3     | 0     |
| DR-1604 MS   | 946         | 20  | 3.57 (3.12)  | 3.50 days (4.61 days) | 16    | 10    |
| DR-1595 FL   | 111         | 6   | 3.22 (3.45)  | 1.44 days (1.40 days) | 5     | 3     |
| DR-1577 CA   | 822         | 23  | 3.02 (3.43)  | 1.58 days (1.53 days) | 6     | 21    |
| DR-1564 NY   | 148         | 5   | 3.00 (3.41)  | 1.31 days (1.69 days) | 1     | 12    |
| DR-1561 FL   | 126         | 3   | 3.50 (3.09)  | 1.79 days (2.68 days) | 1     | 2     |
| DR-1558 WV   | 105         | 4   | 2.38 (3.02)  | 3.03 days (2.77 days) | 11    | 4     |
| DR-1551 FL   | 11          | 2   | 3.38 (2.99)  | 1.61 days (2.83 days) | 0     | 1     |
| DR-1545 FL   | 341         | 3   | 3.67 (3.33)  | 2.29 days (2.97 days) | 11    | 4     |
| DR-1539 FL   | 195         | 0   | N/A (3.22)   | 1.76 days (2.46 days) | 2     | 6     |
| DR-1527 MI   | 761         | 4   | 2.94 (3.20)  | 1.57 days (1.82 days) | 2     | 9     |
| DR-1523 KY   | 137         | 3   | 3.17 (3.25)  | 1.49 days (1.77 days) | 0     | 7     |
| DR-1501 PR   | 212         | 13  | 2.50         | 1.62 days           | 1     | 17    |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | (3.05) | (1.78 days) | | |
| DR-1491 VA | 147 | 5 | 2.40 (3.04) | 2.84 days (1.99 days) | 2 | 8 |
| DR-1482 TN | 664 | 16 | 3.44 (3.64) | 1.29 days (1.54 days) | 5 | 16 |
| DR-1476 IN | 124 | 4 | 3.50 (3.56) | 1.72 days (1.63 days) | 5 | 10 |
| DR-1472 AR | 126 | 6 | 3.50 (3.59) | 1.70 days (1.49 days) | 1 | 9 |
| DR-1460 FL | 489 | 10 | 3.30 (3.57) | 1.15 days (1.25 days) | 2 | 29 |
| DR-1446 GU | 414 | 8 | 3.56 (3.47) | 2.45 days (2.96 days) | 8 | 26 |
| DR-1439 TX | 211 | 10 | 3.55 (3.48) | 2.67 days (2.19 days) | 1 | 9 |
| DR-1434 TX | 289 | 13 | 3.19 (3.43) | 2.44 days (2.18 days) | 2 | 44 |

Notes:

*Inspections: Number of completed inspections.

*QCs: Number of completed inspections that were quality checked by a PaRR QC Inspector.

*Avg QC Score: Average score for inspections that were quality checked by a PaRR QC Inspector. This score is based on a scale of 0-4 with 4 representing a perfect score. The score in parentheses is the average for all inspectors on that disaster.

*Avg Turnaround Time: Average time to complete all inspections. The score in parentheses is the average for all inspectors on that disaster.

*FCOR: Number of completed inspections that were returned for corrections by a FEMA Reviewer.

*CCOR: Number of completed inspections that were returned for corrections by a PaRR Reviewer.



# PaRR Inspections

Home
About Us
Apply Online
Training
Schedules
Regions
References
FEMA Inspections
Active Declarations
Closed Declarations
Disaster Locations
Disaster Types
Information
Links
FAQs

Secured Site

Login

## Partnership for Response and Recovery

Tuesday, June 17, 2008

### Closed Declarations

| State | Disaster Code | Description | Activation Date | Release Date |
|-------|---------------|-------------|-----------------|--------------|
| CA | DR-1731 CA | Wildfires | 10/24/2007 | 4/9/2008 |
| NY | DR-1724 NY | Severe Storms, Flooding and Tornado | 8/31/2007 | 1/11/2008 |
| OH | DR-1720 OH | Severe Storms, Flooding and Tornadoes | 8/27/2007 | 11/27/2007 |
| OK | DR-1718 OK | Severe Storms, Tornadoes and Flooding | 8/24/2007 | 12/13/2007 |
| OK | DR-1712 OK | Severe Storms, Flooding, and Tornadoes | 7/7/2007 | 12/13/2007 |
| MO | DR-1708 MO | Severe Storms and Flooding | 6/12/2007 | 9/18/2007 |
| IA | DR-1705 IA | Severe Storms, Flooding and Tornadoes | 5/25/2007 | 8/16/2007 |
| SD | DR-1702 SD | Severe Storms, Tornadoes and Flooding | 5/23/2007 | 9/13/2007 |
| CT | DR-1700 CT | Severe Storms and Flooding | 6/13/2007 | 9/13/2007 |
| NY | DR-1692 NY | Severe Storms and Inland and Coastal Flooding | 4/24/2007 | 9/18/2007 |
| AL | DR-1687 AL | Severe Storms and Tornadoes | 3/3/2007 | 6/27/2007 |
| GA | DR-1686 GA | Severe Storms and Tornadoes | 3/4/2007 | 6/11/2007 |
| WA | DR-1671 WA | Severe Storms, Flooding, Landslides and Mudslides | 12/13/2006 | 5/9/2007 |
| NY | DR-1665 NY | Severe Storms and Flooding | 10/26/2006 | 5/9/2007 |
| NM | DR-1659 NM | Severe Storms and Flooding | 8/30/2006 | 12/22/2006 |
| OH | DR-1656 OH | Severe Storms, Straight Line | 8/2/2006 | 12/6/2006 |

| State | DR | Description | | |
|---|---|---|---|---|
| OH | DR-1651 OH | Winds, and Flooding | 7/3/2006 | 12/22/2006 |
| NY | DR-1650 NY | Severe Storms, Tornadoes, Straight Line Winds and Flooding | 7/4/2006 | 1/16/2007 |
| ME | DR-1644 ME | Severe Storms and Flooding | 5/26/2006 | 8/28/2006 |
| HI | DR-1640 HI | Severe Storms, Flooding Landslides and Mudslides | 5/2/2006 | 7/19/2006 |
| OK | DR-1637 OK | Severe Storms and Tornadoes | 4/15/2006 | 6/20/2006 |
| MO | DR-1635 MO | Severe Storms, Tornadoes and Flooding | 4/7/2006 | 7/6/2006 |
| MO | DR-1631 MO | Severe Storms, Tornadoes and Flooding | 3/18/2006 | 7/6/2006 |
| OK | DR-1623 OK | Fires | 1/12/2006 | 5/30/2006 |
| MA | DR-1614 MA | Severe Storms and Flooding | 11/10/2005 | 2/7/2006 |
| NH | DR-1610 NH | Severe Storms and Flooding | 10/27/2005 | 2/2/2006 |
| FL | DR-1609 FL | Hurricane Wilma | 10/24/2005 | 4/13/2006 |
| LA | DR-1607 LA | Hurricane Rita | 9/25/2005 | 5/9/2007 |
| MS | DR-1604 MS | Hurricane Katrina | 8/29/2005 | 6/13/2007 |
| LA | DR-1603 LA | Hurricane Katrina | 8/29/2005 | 12/28/2006 |
| FL | DR-1595 FL | Hurricane Dennis | 7/10/2005 | 12/1/2005 |
| PA | DR-1587 PA | Severe Storms and Flooding | 4/15/2005 | 8/5/2005 |
| OH | DR-1580 OH | Severe Winter Storms, Flooding and Mudslides | 2/15/2005 | 7/14/2005 |
| CA | DR-1577 CA | Severe Storms, Flooding, Debris Flows, and Mudslides | 2/5/2005 | 10/16/2005 |
| IN | DR-1573 IN | Severe Winter Storms and Flooding | 1/21/2005 | 7/14/2005 |
| SC | DR-1566 SC | Tropical Storm Frances | 10/8/2004 | 3/22/2005 |
| NY | DR-1565 NY | Tropical Depression | 10/2/2004 | 12/16/2004 |
| NY | DR-1564 NY | Severe Storms and Flooding | 11/17/2004 | 6/9/2005 |
| FL | DR-1561 FL | Hurricane Jeanne | 9/26/2004 | 3/8/2005 |
| WV | DR-1558 WV | Flooding, Landslide, and Severe Storms | 9/21/2004 | 5/6/2005 |
| OH | DR-1556 OH | Severe Storms and Flooding | 9/20/2004 | 4/11/2005 |
| GA | DR-1554 GA | Hurricane Ivan | 9/19/2004 | 3/21/2005 |
| PR | DR-1552 PR | Tropical Storm and Landslide | 9/22/2004 | 8/5/2005 |

| FL | DR-1551 FL | Hurricane Ivan | 9/16/2004 | 3/8/2005 |
|----|------------|----------------|-----------|----------|
| MS | DR-1550 MS | Hurricane Ivan | 9/16/2004 | 3/21/2005 |
| AL | DR-1549 AL | Hurricane Ivan | 9/16/2004 | 2/17/2005 |
| LA | DR-1548 LA | Hurricane Ivan | 9/16/2004 | 4/11/2005 |
| FL | DR-1545 FL | Hurricane Frances | 9/4/2004 | 3/8/2005 |
| FL | DR-1539 FL | Hurricane Charley | 8/14/2004 | 10/4/2005 |
| MI | DR-1527 MI | Severe Storms, Tornadoes, and Flooding | 7/3/2004 | 2/11/2005 |
| WI | DR-1526 WI | Severe Storms and Flooding | 6/21/2004 | 12/16/2004 |
| KY | DR-1523 KY | Severe Storms, Tornadoes, Flooding, and Mudslides | 6/10/2004 | 9/28/2004 |
| LA | DR-1521 LA | Severe Storms and Flooding | 6/9/2004 | 9/28/2004 |
| IN | DR-1520 IN | Severe Storms, Tornadoes, and Flooding | 6/3/2004 | 8/24/2004 |
| IA | DR-1518 IA | Severe Storms, Tornadoes, and Flooding | 5/25/2004 | 9/8/2004 |
| IL | DR-1513 IL | Severe Storms and Tornadoes | 4/23/2004 | 7/2/2004 |
| FM | DR-1511 FM | Typhoon Sudal, Federated States of Micronesia (Yap) | 5/3/2004 | 8/10/2004 |
| OH | DR-1507 OH | Severe Storms, Flooding, Mudslides, and Landslides | 1/27/2004 | 4/14/2004 |
| CA | DR-1505 CA | Earthquake | 1/13/2004 | 5/20/2004 |
| VA | DR-1502 VA | Severe Storms and Flooding | 12/9/2003 | 2/17/2004 |
| PR | DR-1501 PR | Severe Storms, Flooding, Mudslides, and Landslides | 11/22/2003 | 5/20/2004 |
| WA | DR-1499 WA | Severe Storms and Flooding | 11/7/2003 | 1/30/2004 |
| MD | DR-1492 MD | Hurricane Isabel | 9/20/2003 | 2/17/2004 |
| VA | DR-1491 VA | Hurricane Isabel | 9/19/2003 | 2/17/2004 |
| IN | DR-1487 IN | Severe Storms, Tornadoes, and Flooding | 9/5/2003 | 12/5/2003 |
| NY | DR-1486 NY | Severe Storms, Flooding, and Tornadoes | 8/29/2003 | 11/26/2003 |
| TN | DR-1482 TN | Severe Storms, High Winds, and Heavy Rain | 7/29/2003 | 12/31/2003 |
| TX | DR-1479 TX | Hurricane Claudette | 7/18/2003 | 12/3/2003 |
| IN | DR-1476 IN | Severe Storms, Tornadoes, and Flooding | 7/11/2003 | 11/12/2003 |

| WV | DR-1474 WV | Severe Storms, Flooding, and Landslides | 6/23/2003 | 9/25/2003 |
|---|---|---|---|---|
| AS | DR-1473 AS | Heavy Rainfall, Flooding, Landslides, and Mudslides | 6/20/2003 | 10/27/2003 |
| AR | DR-1472 AR | Severe Storms, Tornadoes, and Flooding | 6/23/2003 | 10/17/2003 |
| OK | DR-1465 OK | Severe Storms and Tornadoes | 5/11/2003 | 8/12/2003 |
| MO | DR-1463 MO | Severe Storms, Tornadoes, and Flooding | 5/6/2003 | 8/20/2003 |
| KS | DR-1462 KS | Severe Storms, Tornadoes, and Flooding | 5/6/2003 | 8/20/2003 |
| FL | DR-1460 FL | Severe Storms and Tornadoes | 4/27/2003 | 8/12/2003 |
| VA | DR-1458 VA | Severe Winter Storm, Record/Near-Record Snowfall, Heavy Rain, Flooding, and Mudslides. | 3/27/2003 | 6/4/2003 |
| MP | DR-1447 MP | Super Typhoon Pongsona | 12/28/2002 | 4/2/2003 |
| GU | DR-1446 GU | Super Typhoon Pongsona | 12/20/2002 | 5/22/2003 |
| AK | DR-1445 AK | Severe Winter Storms, Flooding, Coastal Erosion, and Tidal Surge | 12/5/2002 | 1/24/2003 |
| OH | DR-1444 OH | Severe Storms and Tornadoes | 11/19/2002 | 1/24/2003 |
| AL | DR-1442 AL | Severe Storms and Tornadoes | 11/14/2002 | 1/24/2003 |
| AK | DR-1440 AK | Earthquake | 11/22/2002 | 1/24/2003 |
| TX | DR-1439 TX | Severe Storms, Tornadoes, and Flooding | 11/6/2002 | 5/8/2003 |
| LA | DR-1437 LA | Hurricane Lili | 10/4/2002 | 5/20/2003 |
| LA | DR-1435 LA | Tropical Storm Isidore | 9/27/2002 | 3/7/2003 |
| TX | DR-1434 TX | Severe Storms and Flooding | 9/27/2002 | 2/12/2003 |
| IN | DR-1433 IN | Severe Storms and Tornadoes | 9/25/2002 | 12/13/2002 |
| VT | DR-1428 VT | Severe Storms and Flooding | 7/12/2002 | 9/11/2002 |
| TX | DR-1425 TX | Severe Storms and Flooding | 7/4/2002 | 12/27/2002 |
| CO | DR-1421 CO | Wildfires | 6/17/2002 | 8/26/2002 |
| IA | DR-1420 IA | Severe Storms and Flooding | 6/19/2002 | 8/26/2002 |
| IN | DR-1418 IN | Tornadoes, Severe Storms, and Flooding | 6/13/2002 | 8/20/2002 |
| IL | DR-1416 IL | Tornadoes, Severe Storms, and Flooding | 5/21/2002 | 9/10/2002 |

| | | | | |
|---|---|---|---|---|
| NY | DR-1415 NY | Earthquake | 5/16/2002 | 9/27/2002 |
| VA | DR-1411 VA | Severe Storms, Tornadoes, and Flooding | 5/5/2002 | 7/18/2002 |
| WV | DR-1410 WV | Severe Storms, Flooding, and Landslides | 5/5/2002 | 7/18/2002 |
| MD | DR-1409 MD | Severe Storms and Tornadoes | 5/1/2002 | 7/3/2002 |
| TN | DR-1408 TN | Severe Storms and Flooding | 4/5/2002 | 6/10/2002 |
| VA | DR-1406 VA | Severe Storms and Flooding | 4/2/2002 | 7/8/2002 |
| MO | DR-1403 MO | Severe Winter Ice Storm | 2/6/2002 | 7/8/2002 |
| KS | DR-1402 KS | Severe Winter Ice Storm | 2/6/2002 | 6/10/2002 |
| AL | DR-1399 AL | Severe Storms and Flooding | 12/7/2001 | 2/11/2002 |
| MS | DR-1398 MS | Severe Storms and Tornadoes | 12/7/2001 | 4/1/2002 |
| OK | DR-1395 OK | Severe Storms and Tornadoes (1 county) | 11/1/2001 | 1/12/2002 |
| KY | DR-1388 KY | Flooding (5 counties) | 8/25/2001 | 11/5/2001 |
| TN | DR-1387 TN | Flooding (7 counties) | 8/28/2001 | 11/5/2001 |
| VA | DR-1386 VA | Flooding (1 county) | 7/11/2001 | 11/5/2001 |
| TX | DR-1379 TX | Flooding (28 counties) | 6/9/2001 | 2/26/2002 |
| WV | DR-1378 WV | Flooding (15 counties) | 6/4/2001 | 11/30/2001 |
| CA | DR-1073 CA-RI | RI for CA | 10/23/2007 | |

# EXHIBIT 2

# *Certificate of Completion*

*awarded to*

**RONALD HOUSTON**

*ACEIII-Advanced*

*Disaster Housing Inspector Training*

*presented by*



PaRR
Inspections

*a contractor for*

## Partnership for Response and Recovery

FEMA

The Federal Emergency Management Agency

Manager of Training and Recruiting

November 03, 2002

Training Date

# EXHIBIT 3

**PB**
100 YEARS®

**PARSONS BRINCKERHOFF**

# CERTIFICATE

## OF

# COMPLETION

*Awarded to:*

# Ronald Houston

*For the successful completion of*
*FEMA/PB Disaster Housing*
*Field Inspector Orientation Session*

*October 4-5, 1995*
*Los Angeles, California*

Sara P. Boutwell
Education Program Manager

# EXHIBIT 4



**PB**
100 YEARS ®

# CERTIFICATE OF COMPLETION

*This certificate is awarded to*

## Roland Houston

WG Inspector 000

*For successful completion of Alltech Disaster Housing Advanced Inspector Training including: to evaluate inspection standards, FEMA Standards, and National Emergency Management Information System (NEMIS) software training.*

*Over a Century of Engineering Excellence*

J. Michael Rugless, Project Manager

# EXHIBIT 5

*PaRR*

*Inspections*

**Partnership for Response and Recovery**
Disaster Housing Inspector



## Ron Houston

Inspector Name

### 14018

Inspector ID Number

Under contract to:
*Federal Emergency Management Agency*