EXHIBIT 6

## Basic Course Presentation



- The Furnishing Level of damage is one of the four required fields the inspector will address when a room is "built."
- Level of Damage should not be adjusted to account for sparse room furnishings. Ex.- If all of the furnishings in a bedroom are destroyed, the correct Level of Damage is Replace.
- For a renter, identify which furnishings belong to the landlord and record Level of Damage as "Landlord-owned" (regardless of actual damage).
- Rooms without an Essential Furnishing Group (like Hallway, Office Room, Dining Room or Exterior) will always have the Furnishing Damage Level recorded as "Not Affected."

Notes:



1-24                                                                                                   Inspector Manual
                                                                                                            April 15, 2006

# Basic Course Presentation



- The Appliance "dropdown" displays only the appliances that FEMA considers essential.
- Level of Damage choices will be "Not Affected," "Repair," "Replace," or "Landlord-owned."
- If renter, identify which appliances belong to landlord and record as "Landlord-owned."
- *All damaged and undamaged items on the list must be recorded.*
- Testing of Appliances:
    - ✓ Before recording repair or replace for **any** appliance, you must first test it to see if it functions, regardless of the cause of damage. If the app is claiming damage to any of these items, but the items are no longer on the premises or the app refuses to test them, record them as "Not Affected" and comment. Note: If recording an appliance as damaged from power surge, there is a required comment on the evidence that supported the claim.
    - ✓ If electricity is unavailable, the level of damage to appliances cannot be determined unless they show obvious physical damage. In this case, record appliances as "Not Affected" and comment.

# Basic Course Presentation



- VISUAL VERIFICATIONS
    - When personal property room furnishings and appliances are observed during the inspection and are not damaged, record the item as "Not Affected" and select "Viewed During Inspection" from the Loss Verification dropdown.
    - When personal property room furnishings and appliances are observed during the inspection and are damaged, record the item as "Repair" or "Replace" and select "Viewed During Inspection" from the Loss Verification dropdown.
- VERBAL VERIFICATIONS
    - This applies to all Rooms and Personal Property Appliance line items.
    - When you are unable to see the item but the evidence supports the claim that the disaster caused the loss: record the appropriate level of damage on the personal property screen and select "Verbal Damage Supports Claim" from the Loss Verification dropdown.
    - When you are unable to see the item and the evidence **does not** support the claim: record the item as **not affected** and select "Not Verified. Losses Not Supported by Damages" from the Loss Verification dropdown.
- Clothing
    - If clothing is recorded, choose the appropriate means by which the clothing loss was verified: either "Viewed During Inspection" or "Verbal Damage Supports Claim". **Do NOT Record Clothing if unable to verify loss. Do not select "Not Verified, Losses Not Supported By Damages".**
- Essential Tools
    - If essential tools are recorded, select the appropriate means by which the essential tool loss was verified from the dropdown menu: either "Viewed During Inspection" or "Verbal Damage Supports Claim". **Do NOT Record Essential tools if unable to verify loss. Do not select "Not Verified, Losses Not Supported By Damages".**

## Basic Course Presentation



- Care and Common Sense
    - ✓ Do not allow computer to get wet.
    - ✓ Do not leave in direct sunlight.
    - ✓ Tap pen lightly on the screen.
    - ✓ Keep vents clear.
    - ✓ Clean screen with damp cloth.
    - ✓ Do not attempt to install or run any unauthorized software or peripheral equipment.
    - ✓ Always check and charge battery whenever possible.
    - ✓ Don't "hot swap" batteries.
    - ✓ Shut off the computer at night using the "Start" menu on the Desktop.
    - ✓ Refer to Reference Section L for other details.

Notes:



## Basic Course Presentation



- **NEMIS** — Proprietary FEMA software
- **ACE III** — Third-generation proprietary FEMA software
- **PaRR Central** — PaRR proprietary software
  - ✓ Checking errors and identifying aged applications
  - ✓ Streets and Trips
  - ✓ Invoice and label printing
  - ✓ Linking Photos
  - ✓ Help screen diagrams
  - ✓ Spanish phrases

Notes:



## Basic Course Presentation



- PaRR Inspections is not in the business of doing No Contacts!
- Minimum three attempts to contact Applicant, two phone calls to all available numbers and one site visit spread over three days at different times of day.
- Record, in comments, all times and dates of attempts.
- In comments, give brief exterior description of dwelling and general damages.
- Record the meter number as "Not Available," no comment required.
- Post the "Missed You" letter in conspicuous place (usually front door).
- Return to Host after 72 hours.
- If PaRR is unable to contact Applicant within 14 days, inspector will be paid for this attempted inspection.
- If the Damaged Dwelling was evacuated or inaccessible, check Red Cross Shelters for the applicant.
- See Reference Section J for detailed instructions.

## Basic Course Presentation



- Applicant must agree with Not Primary Residence determination.
- Comment on reason
- Enter in palm pad:
    - ✓ Occupancy Type - enter Not Primary Residence
    - ✓ # Require Clothing - enter "0"
    - ✓ Bedrooms Occupied - enter "1"
    - ✓ Household Composition - enter "1"
    - ✓ Type of Meter - enter "Not Available"
    - ✓ Unmet Needs – ask applicant all Unmet Needs questions and record
    - ✓ Personal Property/Exterior/Furnishings/Cause of Damage (COD) field must be filled
    - ✓ Size of Residence – 10 SF
    - ✓ "Habitability Repairs Required" = "no"
    - ✓ Job Status – Done
    - ✓ Job Completion Status – Complete
- Obtain signature when possible, but not required

## Basic Course Presentation

- Submit 90-69B with completed heading, NPR in signature box with inspector's signature below
- Inspectors get paid for all NPRs
- When you have doubts about primary occupancy, do the inspection, record your doubts in comments in a professional manner, and record occupancy as "Not Verified."

Notes: 

## Basic Course Presentation



- In discussion with applicant, make sure the reason for withdrawal is not based on a misconception of Assistance Programs
- Encourage inspection
- Record in comments discussion with applicant and reason for withdrawal
- Post Inspection Screen
    - ✓ Job Status - Done
    - ✓ Completion Status – Withdrawn
- Submit 90-69B
    - ✓ Complete heading
    - ✓ Enter "WVO" in signature box with inspector's signature below
- Inspector is paid for Voluntary Withdrawal

Notes:



**Basic Course Presentation**



- Applicant unavailable or unable to meet in a timely manner (typically within 7 days.) In either of these instances, the Project Supervisor should be contacted for guidance on a case by case basis.
    - ✓ Advise applicant of 72 hour turnaround time.
    - ✓ Advise applicant of FEMA Helpline # for reissue
    - ✓ Record circumstances in comments
- Applicant uncooperative
    - ✓ Example: Applicant misses two confirmed appointments without compelling reason
    - ✓ Record in comments relevant information and discussions
- For either situation, submit 90-69B
    - ✓ Complete heading
    - ✓ Enter "Withdraw, Refused" in signature box with inspector's signature below
- Inspectors paid for all refused inspections

Notes:

Inspector Manual  
April 15, 2006

1-33

## Basic Course Presentation



Reference F: Section 4 for more on Speed estimating

Notes:



## Basic Course Presentation



### Furnishings

- "No Furnishing Damage" may only be used when NONE of the essential room furnishings were affected. (Kitchen, Living Room, Bedroom(s), and Bathroom)

### Appliances

- "No Appliance Damage" may only be used when NONE of the appliances in the household were affected by the disaster. It would be recorded in the Exterior.

Notes: 

## Basic Course Presentation



Reference F: Section 4 for more on Speed estimating.

To be entered in the Exterior

- **Major Damage**:

601 SF and up of roof damage with associated interior damage to ceilings, floor covering, etc.

Damages that have a major effect on the structural integrity of the dwelling.

Rising water over the electrical outlets on the 1st occupied floor.

Notes:



**Basic Course Presentation**



- Invoices must be received at the Fairfax office by close of business on Thursday for timely payment the following week.
- The original and one copy of 90-69 submitted to PaRR, third copy for inspector, bottom copy for Applicant.
- Incomplete forms should be returned to inspector for resubmittal.
- Invoiced amount can be adjusted for "WNC," inspections still in review, or those returned by FEMA for correction.
- See Reference Section O for more details on Invoicing.

Notes:



## Basic Course Presentation



- Use on-line tutorials
- Stay alert to national news and weather reports
- In case of possible hazardous conditions or after a disaster has been declared, go to www.parrinspections.com and click on the "Inspector Availability" link, and then type in your name to let us know you are available in the event PaRR is given the task order
- You can also reach PaRR at 1-800-758-0362

Notes:



# Disaster Housing Inspectors Training/Refresher Course

## Section 3
## Advanced Course
## Presentation



