IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| RONALD E. HOUSTON, et al., | Civil Action No. 1:PO8cv0203 (LO/JFA) |
| Plaintiffs, | Hearing Date: December 12, 2008 |
| | Time: 10:00 a.m. |
| vs. | Place: Courtroom 601 |
| | 401 Courthouse Square |
| URS CORPORATION, et al., | Alexandria, Virginia |
| Defendants. | Complaint File: 11/3/07 |
| _____/ | Trial Date: None |

**<u>PLAINTIFFS' *RENEWED* MOTION FOR ORDER CERTIFYING THE CASE AS A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT, 29 U.S.C. 216(b)</u>**

COME NOW Plaintiffs, RONALD E. HOUSTON and JOSEPH LOMASCOLO, by counsel and move this Court to enter an Order certifying this case as a "collective action" under the Fair Labor Standards Act, 29 U.S.C. § 216(b) and for an Order requiring Defendants to produce to Plaintiffs the names and addresses of all persons who are employed by Defendants as federal disaster housing inspectors within three years of the date of said Order.

This Motion is made pursuant to 29 U.S.C. 216(b), which specifically provides that an action for unpaid overtime compensation brought under 29 U.S.C. 207, "may be maintained

1

against any employer...by one or more employees for and on behalf of himself or themselves and other employees similarly situated." Such an action is known as a "collective action".

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Richard P. Kinnan and the Exhibits attached thereto, the papers and records on file herein, and, upon such evidence as may be presented at the hearing of this matter.

                                                /s/
Gary Mims
Virginia Bar Number: 19184
*Counsel for Ronald Houston and Joseph Lomascolo*
HALL, SICKELS, FREI & MIMS, P.C.
12120 Sunset Hills Road, Ste. 150
Reston, VA 20190
Phone: (703) 925-0500
Fax:    (703) 925-0501
gary.mims@hallandsickels.com

    -and-

Walter J. Lack, (California Bar Number: 57550, *Pro Hac Vice*)
(wlack@elllaw.com)
Richard P. Kinnan, (California Bar Number: 123170, *Pro Hac Vice*)
(rkinnan@elllaw.com)
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA 90067-4107
Phone: (310) 552-3800
Fax: (310) 552-9434

    -and-

Karl Gerber (California Bar Number: 166003, *Pro Hac Vice pending*)
DANZ & GERBER
13418 Ventura Boulevard
Sherman Oaks, CA 91423
(kgerber86@earthlink.com)
*Counsel for Plaintiffs, Ronald E. Houston and Joseph Lomascolo*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 2008, I will electronically file the foregoing Plaintiff's Renewed Motion for Order Certifying the Case as a Collective Action under the Fair Labor Standards Act, 29 U.S.C. 216(b); with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew S. Cabana
Kara Marie Ariail
Teresa Burke Wright
Paul J. Siegel
Wendy J. Melik
Paul DeCamp
JACKSON LEWIS LLP
*Local Counsel for Defendants, Parsons Brinckerhoff, Inc. and Alltech, Inc.*
10701 Parkridge Blvd., Ste. 300
Reston, VA  20191
Tel: (703) 483-8300
Fax: (703) 483-8301
cabanaa@jacksonlewis.com
ariaik@jacksonlewis.com
wrightt@jacksonlewis.com
mellkw@jacksonlewis.com
decamp@jacksonlewis.com

Michael E. Kinney
Stacey L. Rose
HUNTON & WILLIAMS LLP
*Local Counsel for Defendants*
*URS Corporation, Dewberry & Davis LLC and Partnership for Response and Recovery*
1751 Pinnacle Drive
Suite 1700
McLean, Virginia 22102
Tel: (703) 714-7400
Fax: (703) 714-7410
mkinney@hunton.com
srose@hunton.com

And I hereby certify that I will mail the foregoing Renewed Motion for Order Certifying the Case by U.S. Mail to the following non-filing users:

James P. Naughton
HUNTON & WILLIAMS LLP
*Local Counsel for Defendants*
*URS Corporation, Dewberry & Davis LLC and Partnership for Response and Recovery*
500 E. Main St., Ste. 1000
Norfolk, Virginia 23510
Tel: (757) 640-5300
Fax: (757) 625-7720

Stephen Michael Sayers
Thomas Patrick Murphy
Hunton & Williams
1751 Pinnacle Drive
Suite 1700
McLean, VA 22102

Walter J. Lack
Richard P. Kinnan
*Counsel for Plaintiffs*
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA 90067-4107

Karl A. Gerber
Danz & Gerber
*Counsel for Plaintiffs*
13418 Ventura Blvd.
Sherman Oaks, CA 91423
Tel: (818) 783-7300
Fax: (818) 995-7159

                                                         /s/
Gary Mims
Virginia Bar Number: 19184
*Counsel for Ronald Houston and Joseph Lomascolo*
HALL, SICKELS, FREI & MIMS, P.C.
12120 Sunset Hills Road, Ste. 150
Reston, VA 20190
Phone: (703) 925-0500
Fax:    (703) 925-0501
gary.mims@hallandsickels.com