IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| RONALD E. HOUSTON, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>URS CORPORATION, et al.<br><br>Defendants. | Civil Action No. 1:P08cv0203 (LO/JFA)<br><br>Complaint Filed: 11/3/07<br>Trial Date: None |

**DECLARATION OF RICHARD P. KINNAN IN SUPPORT OF *RENEWED* MOTION FOR ORDER CERTIFYING THE CASE AS A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT, 29 U.S.C. 216(b)**

I, Richard P. Kinnan, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a principal of the law firm of Engstrom, Lipscomb and Lack ("ELL"), attorneys of record for plaintiffs Ronald Houston and Joseph Lomascolo. The matters set forth herein are within my personal knowledge, and if called and sworn as a witness I could competently testify regarding them.

2. Attached as Exhibit 1 is a true and correct copy of the transcript of the July 11, 2008 hearing on Plaintiffs' Motion for Collective Action Certification.

3. Attached hereto as Exhibit 2 is a true and correct copy of the September 10, 2008

correspondence with Office of Chief Counsel for FEMA regarding the depositions and documents.

4. Attached hereto as Exhibit 3 is a true and correct copy of selected pages from the deposition of Douglas D. Frost.

5. Attached hereto as Exhibit 4 is a true and correct copy of selected pages from the deposition of Reynolds Deposition.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Hugh Inglis, Defendant Alltech's Senior Vice President and Project Manager for the FEMA Disaster Housing Inspection Contract with FEMA.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Everett Sharp.

8. Attached hereto as Exhibit 7 are true and correct copies of the previously filed Declarations of Plaintiffs and prospective plaintiffs.

9. Attached hereto as Exhibit 8 is a true and correct copy of an October 2, 2008 printout of Parsons Brinckerhoff webpage.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of November, 2008 at Los Angeles, California.

RICHARD P. KINNAN

308144.1

Gary Mims
Virginia Bar Number: 19184
*Counsel for Ronald Houston and Joseph Lomascolo*
HALL, SICKELS, FREI & MIMS, P.C.
12120 Sunset Hills Road, Ste. 150
Reston, VA 20190
Phone: (703) 925-0500
Fax: (703) 925-0501
gary.mims@hallandsickels.com

-and-

Walter J. Lack, (California Bar Number: 57550, *Pro Hac Vice*)
(wlack@elllaw.com)
Richard P. Kinnan, (California Bar Number: 123170, *Pro Hac Vice*)
(rkinnan@elllaw.com)
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA 90067-4107
Phone: (310) 552-3800
Fax: (310) 552-9434

-and-

Karl Gerber (California Bar Number: 166003, *Pro Hac*)
DANZ & GERBER
13418 Ventura Boulevard
Sherman Oaks, CA 91423
(kgerber86@earthlink.com)

*Counsel for Plaintiffs, Ronald E. Houston and Joseph Lomascolo*

**CERTIFICATE OF SERVICE**

I hereby certify that on the _________ day of November, 2008, I will electronically file the foregoing Declaration of Richard P. Kinnan in Support of DECLARATION OF RICHARD P. KINNAN IN SUPPORT OF *RENEWED* MOTION FOR ORDER CERTIFYING THE CASE AS A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT, 29 U.S.C. 216(b) with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew S. Cabana
Kara Marie Ariail
Teresa Burke Wright
Paul J. Siegel
Wendy J. Melik
Paul DeCamp
JACKSON LEWIS LLP
*Local Counsel for Defendants, Parsons Brinckerhoff, Inc. and Alltech, Inc.*
10701 Parkridge Blvd., Ste. 300
Reston, VA 20191
Tel: (703) 483-8300
Fax: (703) 483-8301
cabanaa@jacksonlewis.com
ariaik@jacksonlewis.com
wrightt@jacksonlewis.com
mellkw@jacksonlewis.com
decamp@jacksonlewis.com

Michael E. Kinney
Stacey L. Rose
HUNTON & WILLIAMS LLP
*Local Counsel for Defendants*
*URS Corporation, Dewberry & Davis LLC and Partnership for Response and Recovery*
1751 Pinnacle Drive
Suite 1700
McLean, Virginia 22102
Tel: (703) 714-7400
Fax: (703) 714-7410
mkinney@hunton.com
srose@hunton.com

And I hereby certify that I will mail the foregoing Declaration of Richard P. Kinnan by U.S. Mail to the following non-filing users:

James P. Naughton
HUNTON & WILLIAMS LLP
*Local Counsel for Defendants*
*URS Corporation, Dewberry & Davis LLC and Partnership for Response and Recovery*
500 E. Main St., Ste. 1000
Norfolk, Virginia 23510
Tel: (757) 640-5300
Fax: (757) 625-7720

Stephen Michael Sayers
Thomas Patrick Murphy
Hunton & Williams
1751 Pinnacle Drive
Suite 1700
McLean, VA 22102

Walter J. Lack
Richard P. Kinnan
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA 90067-4107

Counsel for Plaintiffs

Karl A. Gerber
Danz & Gerber
13418 Ventura Blvd.
Sherman Oaks, CA 91423
Tel: (818) 783-7300
Fax: (818) 995-7159

/S/
Gary B. Mims
Virginia Bar Number: 19184
*Counsel for Ronald Houston and Joseph Lomascolo*
HALL, SICKELS, FREI & MIMS, P.C.
12120 Sunset Hills Road, Ste. 150
Reston, VA 20190
Phone: (703) 925-0500
Fax: (703) 925-0501
gary.mims@hallandsickels.com

308144.1