# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| RONALD E. HOUSTON, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:P08cv0203 |
| | ) | (LO/JFA) |
| URS CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF EVERETT SHARP IN SUPPORT OF RENEWED MOTION TO CERTIFY COLLECTIVE ACTION PURSUANT TO FEDERAL LABOR STANDARDS ACT §216(b)

I, EVERETT SHARP, declare and state as follows:

1. I am an adult with personal knowledge of the facts set forth herein and could and would competently testify to said facts if called upon to do so. I declare under penalty of perjury under the laws of the United States that the contents of this Declaration are true and correct.

2. I was born October 10, 1952; I am 56 years old. I have been doing Federal Emergency Management Agency (FEMA) disaster housing inspections at nationally

1

declared disaster sites since 1994. I have worked for various FEMA contractors doing the disaster housing inspections, including Vulcan Inspection Services, Computer Science Services Corporation/ASU Group, and Parsons/Alltech Corp. Over the past several years (through the Summer of 2008) I have worked for Parsons/Alltech doing disaster housing inspections and quality control inspections. Throughout my career I have performed almost 20,000 inspections and have performed over 5,000 quality control inspections. I authored a FEMA disaster housing inspection training manual while working for CSC/ASU Group. This training manual was utilized by Parsons/Alltech during at least one nationally declared disaster, Hurricane Floyd in North Carolina in approximately 2000. For CSC/ASU I was the Chief Field Supervisor for more than one year. For Parsons/Alltech I was paid extra to perform inspector training in the field; I did this training on a limited basis as needed by Parsons/Alltech.

    3.    With respect to my work for Parsons/Alltech, I am aware that all FEMA disaster housing inspectors signed the same employment contract--Independent Contractor Agreement--which sets a base fee (of roughly $50.00) per inspection which is uniformly the same for each inspection and each inspector.

    4.    I can say unequivocally that while working for Parsons/Alltech all inspectors followed the same rules, procedures, and guidelines for doing their job of conducting inspections. Parsons/Alltech insisted on all inspections being performed in the same manner in strict accordance with the applicable FEMA guidelines and addenda

to those guidelines. Parsons/Alltech insisted upon the use by all inspectors of the FEMA issued hand-held computers with specialized data collection software to record observed damages to the home. For Parsons/Alltech the inspector's job is simply to record damage and ownership information by following the instructions and prompts in the computer. Each inspection is done the same way using the same computer instructions, prompts, and forms. At Parsons/Alltech there is absolutely no difference in job duties from one inspector to another. The only difference between one inspector and another is the speed and accuracy with which the inspector does his or her job. Although each disaster has its unique destruction (flooding versus tornados), the inspection process and the inspector's job remains the same from one disaster to another. A FEMA disaster housing inspector has little or no discretion in performing inspections as he or she must record observed damages as requested by the computer instructions and forms. A FEMA disaster housing inspector uses little, if any, independent judgment in doing his or her job as it is essentially a job which requires the inspector to fill in the blanks found on the FEMA computer software. The FEMA disaster housing inspection job is a uniform process of collecting damage and ownership information in accordance with the FEMA guidelines and computer instructions and forwarding the information to FEMA.

5.   In my experience, all diligent inspectors work on average from 7:00 a.m. to 10:00 p.m. seven days a week doing inspections, completing the necessary paperwork,