EXHIBIT D

IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

RONALD HOUSTON, on behalf of himself and       )
all other similarly situated, and JOSEPH       )
LOMASCOLO, on behalf of himself and all others )
similarly situated,                            )
                                               )
            Plaintiffs,                         )
                                               )       Case No.:  1:08-cv-00203-LO-JFA
       v.                                       )
                                               )
DEWBERRY & DAVIS LLC,                          )
et al.,                                        )
                                               )
            Defendants.                         )
                                               )

## PLAINTIFF RONALD E. HOUSTON'S OBJETIONS AND RESPONSES TO FIRST REQUEST FOR ADMISSIONS PROPOUNDED BY DEFENDANTS DEWBERRY & DAVIS LLC AND PARTNERSHIP FOR RESPONSE AND RECOVERY

TO:   DEFENDANTS PARTNERSHIP FOR RESPONSE AND RECOVERY and
      DEWBERRY & DAVIS, LLC.
      c/o Michael E. Kinney, Esq.
      Stephen M. Sayers, Esq.
      Thomas P. Murphy, Esq.
      HUNTON & WILLIAMS LLP
      1751 Pinnacle Drive, Suite 1700
      McLean, Virginia 22102

      James P. Naughton, Esq.
      HUNTON & WILLIAMS LLP
      500 E. Main Street, Suite 1000
      Norfolk, Virginia 23510

Plaintiff Ronald E. Houston ("Plaintiff or Houston) hereby submits his objections and

responses to Defendants, Partnership for Response and Recovery's ("PaRR") and Dewberry &

Davis LLC's ("Dewberry") First Request for Admissions as follows:

A.    **OBJECTIONS AND RESPONSES TO REQUESTS FOR ADMISSIONS AS TO AUTHENTICITY OF DOCUMENTS**

**REQUEST NO. 3:**

The document attached as Exhibit No. 3 is an accurate and authentic copy of a Consultant

Review Application Form that Houston electronically completed and submitted to PaRR on

March 26, 2002.

2

**ANSWER**:

Admit.


**REQUEST NO. 4:**

The document attached as Exhibit No. 4 is an accurate and authentic copy of an

Independent Contractor Agreement signed by Houston on July 3, 2004.

**ANSWER**:

Admit.


**REQUEST NO. 5:**

The document attached as Exhibit No. 5 is an accurate and authentic copy of a "Task

Order" signed by Houston on July 3, 2004.

**ANSWER**:

Admit.

3

**REQUEST NO. 19:**

The document attached as Exhibit No. 19 is an accurate and authentic copy of PaRR

Policy Directive No. P001, dated December 1, 2003.

7

**ANSWER**:

Admit.

**REQUEST NO. 20:**

The document attached as Exhibit No. 20 is an accurate and authentic copy of an IRS

Form 1099-MISC issued to Houston by PaRR for the 2004 tax year.

**ANSWER**:

Admit.

**REQUEST NO. 21:**

The document attached as Exhibit No. 21 is an accurate and authentic copy of an IRS

Form 1099-MISC issued to Houston by PaRR for the 2005 tax year.

**ANSWER**:

Admit.

**REQUEST NO. 22:**

The document attached as Exhibit No. 22 is an accurate and authentic copy of an IRS

Form 1099-MISC issued to Houston by PaRR for the 2006 tax year.

**ANSWER**:

Admit.

8

**B.**   **OBJECTIONS AND RESPONSES TO REQUEST FOR ADMISSIONS AS**

**TO FACTUAL MATTERS**

**REQUEST NO. 24:**

The document attached as Exhibit No. 2 contains the following statement: "I certify that I have not been arrested, charged, or convicted of any felony charge as of the start date of this Task Order."

**ANSWER:**

Admit. Plaintiff Ronald Houston does not in fact have a criminal record on account of the fact that his 1988 felony conviction and related charges were fully expunged by the Court in December, 1991 following successfully fulfillment of his probationary requirements. The expungement occurred pursuant to California Penal Code § 1203.4 which provides in relevant part that the court may set aside the verdict of guilty and dismiss the accusations and information against the defendant and release the defendant from all penalties and disabilities resulting from the offense for which he had been convicted. Defendants have been provided with a copy of the Expungement Order.

**REQUEST NO. 25:**

Houston signed the document attached as Exhibit No. 2 on January 6, 2002.

9

**ANSWER**:

Admit.  Plaintiff Ronald Houston does not in fact have a criminal record on account of the fact that his 1988 felony conviction and related charges were fully expunged by the Court in December, 1991 following successfully fulfillment of his probationary requirements.  The expungement occurred pursuant to California Penal Code § 1203.4 which provides in relevant part that the court may set aside the verdict of guilty and dismiss the accusations and information against the defendant and release the defendant from all penalties and disabilities resulting from the offense for which he had been convicted.  Defendants have been provided with a copy of the Expungement Order.

**REQUEST NO. 45:**

When Houston worked as an independent contractor for PaRR, he was provided with a unique Inspector Number and password that allowed him access to the PaRR website.

**ANSWER:**

Admit.

**REQUEST NO. 46:**

When Houston electronically completed and submitted to PaRR the Consultant Review Application Form, attached as Exhibit No. 3, he indicated that he had never been convicted of a felony.

**ANSWER:**

Admit. Plaintiff Ronald Houston does not in fact have a criminal record on account of the fact that his 1988 felony conviction and related charges were fully expunged by the Court in December, 1991 following successfully fulfillment of his probationary requirements. The expungement occurred pursuant to California Penal Code § 1203.4 which provides in relevant part that the court may set aside the verdict of guilty and dismiss the accusations and information against the defendant and release the defendant from all penalties and disabilities resulting from the offense for which he had been convicted. Defendants have been provided with a copy of the Expungement Order.

21

**REQUEST NO. 51:**

When Houston electronically completed, and submitted to PaRR, the Consultant Review

Application Form, attached as Exhibit No. 3, he indicated that had previously completed "[o]ver

10,000 inspections for Suncoast, Vulcan, SCA and Parsons Brinckerhoff."

**ANSWER:**

Admit.

**REQUEST NO. 53:**

The Independent Contractor Agreement, attached as Exhibit 4, contains the following

provision:

> **Subcontractor on a Government Prime Contract**
>
> This Contract operates as a subcontractor (sic) under Prime
> Contract with the Federal Government and is subject to the
> following Federal Acquisition Regulations (FAR): Service
> Contract Act, FAR 52.222.41-42, and the Fair Labor Standards
> Act, 52.222.43; Government Property, FAR 52.245-2 and -14; and
> Insurance Liability, FAR 52.228-7. I[ndependent ]C[ontractor]
> must comply with all such FAR requirements, including the SCA
> and must maintain appropriate records documenting hours worked
> and rates paid per disaster or task order. In the FAR, the terms
> "the Contractor" and equivalent terms shall mean the IC and the
> terms "the Government" and "the Contracting Officer" and
> equivalent terms shall mean PaRR Inspections.

23

**ANSWER:**

Admit.

**REQUEST NO. 54:**

Houston did not maintain "appropriate records documenting hours worked and rates paid

per disaster or task order," as required by the Independent Contractor Agreement attached as

Exhibit No. 4.

**ANSWER:**

Admit.

**REQUEST NO. 55:**

Houston has no record of the hours that he worked performing disaster housing

inspections for PaRR in any week in the time beginning on November 8, 2004 and ending on

July 23, 2006.

**ANSWER:**

Admit.

**REQUEST NO. 56:**

Houston has no record that quantifies or allows him to quantify the hours that he worked

in any week performing disaster housing inspections for PaRR in any week in the time beginning

on November 8, 2004 and ending on July 23, 2006.

**ANSWER:**

Admit, but it is my best estimate that I worked an average of 14 hours per day while

working as a disaster inspector for PaRR with an average of a 30 minute meal break per day.

24

**REQUEST NO. 57:**

The document attached as Exhibit No. 17 has been continuously present on the PaRR website since December 1, 2003.

**ANSWER:**

Admit.

**REQUEST NO. 58:**

Houston read Policy Directive No. P001 when he accessed the PaRR website after agreeing to become an Independent Contractor for PaRR, and after having been provided with a unique inspector ID and password allowing him access to the PaRR website.

**ANSWER:**

Admit.

**REQUEST NO. 59:**

At all times relevant to this case, Houston could access PaRR's website Policy Directive P001 which states that "the per-inspection rate offered by PaRR inspections includes the equivalent of an hourly wage, the monetary value of fringe benefits and projected overtime."

**ANSWER:**

Admit.

**REQUEST NO. 71:**

On or about March 29, 2007, Houston contacted PaRR at its Operational Headquarters in Winchester, Virginia, and informed PaRR's Training Coordinator that he was no longer available to perform housing inspections because of a medical condition.

**ANSWER:**

Admit.

**REQUEST NO. 74:**

Houston had performed over 13,000 disaster housing inspections for other government

contracting firms, including Alltech, Inc., before he signed his first Independent Contractor

Agreement with PaRR.

**ANSWER:**

Admit.

**REQUEST NO. 76:**

Due to his skill and experience, Houston performed "Quality Control" inspections of

other inspectors work, for PaRR.

**ANSWER:**

Admit.

30

**REQUEST NO. 80:**

      Despite his allegation in Paragraphs 47 and 48 of his Complaint, Houston has no evidence that PaRR willfully attempted to conceal his purported eligibility for overtime pay by hiring him as an Independent Contractor.

**ANSWER:**

Deny,  see the IRS determination.  Discovery and investigation continue.

**REQUEST NO. 92:**

By the document attached as Exhibit No. 19, PaRR reported to the IRS that it had paid

Houston "nonemployee compensation" to Houston in the amount of $59,904 in 2004.

**ANSWER:**

Admit.

**REQUEST NO. 93:**

Houston has never filed an income tax return for the tax yea r2004.

**ANSWER:**

Admit.

**REQUEST NO. 94:**

Houston has paid no federal income tax on the money that PaRR paid him for any of the

disaster housing inspection services that he performed in 2004.

**ANSWER:**

Admit.

35

**REQUEST NO. 95:**

PaRR paid Houston $118,765.81 for disaster housing inspection services that he

performed in 2005.

**ANSWER:**

Admit.


**REQUEST NO. 96:**

By the document attached as Exhibit No. 21, PaRR reported to the IRS that it had paid

Houston "nonemployee compensation" to Houston in the amount of $118,765.81 in 2005.

**ANSWER:**

Admit.


**REQUEST NO. 98:**

Houston claimed business expenses in the amount of $66,683 on a belatedly filed income

tax return for the year 2005.

**ANSWER:**

Admit.


36

**REQUEST NO. 99:**

Houston has paid no federal income tax on the money that PaRR paid him for disaster

housing inspection services that he performed in 2005.

**ANSWER:**

Admit.

**REQUEST NO. 102:**

PaRR paid Houston $30,314.95 for disaster housing inspection services that he

performed in 2006.

**ANSWER:**

Admit.

37

**REQUEST NO. 103:**

By the document attached as Exhibit No. 22, PaRR reported to the IRS that it had paid

Houston "nonemployee compensation" in the amount of $30,314.95 in 2006.

    **ANSWER:**

Admit.


**REQUEST NO. 104:**

Houston has not filed an income tax return for the tax year 2006.

    **ANSWER:**

Admit.


**REQUEST NO. 105:**

Houston has paid no federal income tax on the money that PaRR paid him for the disaster

housing inspection services that he performed in 2006.

    **ANSWER:**

Admit.

RONALD E. HOUSTON

By Counsel
Walter J. Lack, (CA Bar No.: 57550, *Pro
Hac Vice*)
(wlack@elllaw.com)
Richard P. Kinnan, (CA Bar No: 123170,
*Pro Hac Vice*)
(rkinnan@elllaw.com)
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA 90067-4107
Phone: (310) 552-3800

Fax: (310) 552-9434

Gary Mims, Esq. (VSB No. 19184)
Steven M. Frei, Esq.
Gobind S. Sethi, Esq.
HALL, SICKELS, FREI & MIMS, P.C.
12120 Sunset Hills Road, Ste. 150
Reston, VA 20190
Phone: (703) 925-0500
Fax:    (703) 925-0501
*Local counsel for Plaintiff Ronald E. Houston*

Karl A. Gerber, Esq.
EMPLOYMENT LAWYER'S GROUP
13418 Ventura Blvd.
Sherman Oaks, CA  91423
Tel: (818) 783-7300 –
Fax: (818) 995-7159
*Counsel for Plaintiff Ronald E. Houston*

## CERTIFICATE OF SERVICE

I certify that on the December 23, 2008 a copy of the First Request for Admissions Propounded to Plaintiff Ronald E. Houston by Defendants Dewberry & Davis LLC and Partnership for Response and Recovery was hand-delivered to the offices of:

Michael E. Kinny, Esq.(VSB No. 65056)
Stephen M. Sayers, Esq. (VSB No. 23066)
Thomas P. Murphy, Esq. (VSB No. 30765)
HUNTON & WLLIAMS
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
Telephone:  (703) 714-7400

James P. Naughton, Esq.(VSB No. 25923)
HUNTON & WILLIAMS LLP
500 E. Main Street, Suite 1000
Norfolk, Virginia 23510
Telephone:  (757) 640-5300
Facsimile:  (757) 625-7720
*Counsel for the Defendants, Partnership for Response and Recovery and Dewberry & Davis LLC*

and that an additional copy was mailed to the offices of:

Andrew S. Cabana, Esq.
Kara Marie Ariail, Esq.
Teresa Burke Wright, Esq.
Paul J. Siegel, Esq.
Wendy J. Melik, Esq.
Paul DeCamp, Esq.
JACKSON LEWIS LLP
10701 Parkridge Blvd., Ste. 300
Reston, VA  20191
Tel: (703) 483-8300
Fax: (703) 483-8301
*Local Counsel for Defendants, Parsons Brinckerhoff, Inc. and Alltech, Inc.*

40

Walter J. Lack, (CA Bar No.: 57550, *Pro Hac Vice*)
(wlack@elllaw.com)
Richard P. Kinnan, (CA Bar No: 123170, *Pro Hac Vice*)
(rkinnan@elllaw.com)
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA 90067-4107
Phone: (310) 552-3800

310158

41

# EXHIBIT 1

Mar. 19. 2008  8:20PM

No. 4345   P. 2

## REPORT—INDETERMINATE SENTENCE, OTHER SENTENCE CHOICE

FORM CR 291

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** — LOS ANGELES
**BRANCH** — SOUTHWEST

COURT I.D. | 1 9 0 0 1 0

CASE NUMBER(S): A924892

PEOPLE OF THE STATE OF CALIFORNIA   versus   [X] PRESENT — A
DEFENDANT: HOUSTON, RONALD EUGENE — B
[ ] NOT PRESENT — C
AKA: — D

**REPORT TO JUDICIAL COUNCIL OF:** [ ] INDETERMINATE SENTENCE
**TO STATE PRISON** [X] SENTENCE CHOICE OTHER THAN STATE PRISON — E

DATE OF HEARING (MO) (DAY) (YR): 01  09  90   DEPT. NO.: SW C   JUDGE:

REPORTER: | COUNSEL FOR PEOPLE: | COUNSEL FOR DEFENDANT: | PROBATION NO. or PROBATION OFFICER:

**1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:**

A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO DAY YEAR | CONVICTION BY | | | ENHANCEMENTS (CHARGED AND FOUND) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HS | 11350(a) (170) | POSS COCAINE BASE | 88 | 12 12 89 | X | | | | | | | | | | | |
| 3 | PC | 148 | RESIST/OBST DELAYP/OOB | 88 | 05 04 89 | X | | | | | | | | | | | |
| 5 | PC | 12025(a) | CONCEAL FIREARM IN VEH | 88 | 05 04 89 | X | | | | | | | | | | | |

**2.** A. Number of prior prison terms charged and found

| SECTION | NUMBER |
|---|---|
| 667.5(a) | |
| 667.5(b) | |
| 667.6(b) | |

B. Number of prior felony convictions

| SECTION | NUMBER |
|---|---|
| 667.6(a) | |

**3.** [ ] Defendant was sentenced to death on counts ___, ___, ___, ___, ___

**4.** [ ] Defendant was sentenced to State Prison:
   A. [ ] For life, or a term such as 15 or 25 years to life, with possibility of parole, on counts ___, ___, ___, ___
   B. [ ] For life without the possibility of parole on counts ___, ___, ___, ___
   C. [ ] For other term prescribed by law on counts ___, ___, ___, ___

**5.** [XXX] Counts 2, 3, 4, 5,6, were deemed misdemeanors.
   A. [XX] Defendant sentenced to 180 days in county jail for all counts.

   B. [ ] Defendant fined in sum of $ _____.

**6.** [X] For counts 1, ___, ___, ___, the defendant was placed on probation.
   A. (1) [ ] Sentence pronounced and execution of sentence was suspended; or
      (2) [ ] Imposition of sentence was suspended.
   B. Conditions of probation included [X] Jail Time 181 days [XX] Fine

**7.** Other dispositions
   A. [ ] Defendant was committed to California Youth Authority.
   B. [ ] Proceedings suspended, and defendant was committed to California Rehabilitation Center.
   C. [ ] Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.
   D. [ ] Proceedings suspended, and defendant was committed as mentally incompetent.
   E. [X] Other (Specify) CTS 2,3,4,5, & 6 C/C TO SENT IN CT 1

NOTE: PURSUANT TO ARTICLE VI, SECTION 6 OF THE CALIFORNIA CONSTITUTION AND SECTION 68505 OF THE GOVERNMENT CODE, THE CHIEF JUSTICE REQUIRES THAT EACH SUPERIOR COURT SHALL COMPLETE THIS FORM FOR EACH INDETERMINATE SENTENCE TO STATE PRISON OR SENTENCE CHOICE OTHER THAN STATE PRISON, THE REPORTS IMPLEMENT SECTION 1170.4 OF THE PENAL CODE AND SHALL BE MAILED TO: ADMINISTRATIVE OFFICE OF THE COURTS, 350 McALLISTER, 3200 STATE BUILDING, SAN FRANCISCO, CALIFORNIA 94102

DATE: 1-30-90   SIGNATURE OF JUDGE:

### REPORT—INDETERMINATE SENTENCE OTHER SENTENCE CHOICE

Const., Art. VI, § 6
Pen C. 1170.4, 1170.6

WHITE COPY TO

Mar. 19. 2008 8:21PM No. 4345 P. 3

199

3 P&S SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES DEPT. SWC

Date JANUARY 09 1990 JUDGE A MILLER Deputy Clerk
HONORABLE W R HOLLINGWORTH JR J SMITH Reporter
01 G BRENTON Deputy Sheriff
CASE NO. A924892-01 (Parties and counsel checked if present)
Counsel for People: DEPUTY DISTRICT ATTY R. Elias

PEOPLE OF THE STATE OF CALIFORNIA
VS
01 HOUSTON RONALD EUGENE Counsel for Defendant ROUSSEAU DPD

CHARGE H11351.5 01CTS 243.2 01CTS 148 01CTS
12031 A 01CTS 12025 A 01CTS 242 01CTS
(BOX CHECKED IF ORDER APPLICABLE)

NATURE OF PROCEEDINGS Motion for new trial argued and denied. INTERPRETER

71 ☐ PUBLIC DEFENDER APPOINTED, D.P.D. ☐ OATH FILED PER SECTION 68560 GOVERNMENT CODE.
☐ DUE TO CONFLICT OF INTERESTS, PUBLIC DEFENDER RELIEVED. PURSUANT TO PENAL CODE SECTION 987.2/GOVERNMENT CODE SECTION 31000 ALTERNATE DEFENSE COUNSEL ____ IS APPOINTED.
72 ☐ CRIMINAL PROCEEDINGS ADJOURNED/RESUMED.
73 ☐ DEFENDANT ORDERED DELIVERED TO DEPARTMENT OF CORRECTIONS PER SECTION 1203.03 PENAL CODE.
74 ☐ ON ____ MOTION, PROBATION AND SENTENCE HEARING/FURTHER PROCEEDINGS CONTINUED TO ____ ☐ SUPPLEMENTAL PROBATION REPORT/PROGRESS REPORT ORDERED AT ____ A.M. IN DEPT. ____ ☐ DEFENDANT ORDERED TO RETURN.
75 ☐ DEFENDANT PERSONALLY AND ALL COUNSEL WAIVE TIME FOR SENTENCING.
76 ☒ PROBATION DENIED / PROCEEDINGS SUSPENDED / SENTENCE IMPOSED AS FOLLOWS:
☐ IMPRISONED IN STATE PRISON FOR ☐ TERM PRESCRIBED BY LAW ☐ TOTAL OF ____ YEARS ____ MONTHS
☐ COURT SELECTS THE ____ TERM OF ____ YEARS FOR THE BASE TERM AS TO COUNT ____
☐ PLUS ____ YEAR(S) PURSUANT TO PENAL CODE SECTION ____
☐ PLUS ____ AS INDICATED IN BOX 88 BELOW
☐ COMMITTED TO CALIFORNIA YOUTH AUTHORITY, THE TERM OF IMPRISONMENT TO WHICH THE DEFENDANT WOULD HAVE BEEN SENTENCED PURSUANT TO SECTION 1170 PENAL CODE IS ____ YEARS
☒ IMPRISONED IN LOS ANGELES COUNTY JAIL FOR TERM OF 180 DAYS /mo cts 2-3-4-5+6
☐ FINED IN SUM OF $ ____ PLUS ADDITIONAL FINE OF $ ____ (11372.5 HEALTH & SAFETY CODE) FOR A TOTAL FINE OF $ ____ PLUS $ ____ ASSESSMENT AND SURCHARGE (1464 PC & 76000GC), TO BE PAID TO COUNTY CLERK. ☐ PAY RESTITUTION FINE IN SUM OF $ ____ PURSUANT TO SECTION 13967(a) GOVERNMENT CODE PAYABLE TO RESTITUTION FUND
77 ☐ SENTENCE IS SUSPENDED.
78 ☒ PROBATION GRANTED FOR A PERIOD OF 3 YEARS ☐ PROBATION TO BE WITHOUT FORMAL SUPERVISION.
☒ SPEND FIRST 180 DAYS IN COUNTY JAIL ☐ ROAD CAMP OR HONOR FARM RECOMMENDED.
☐ WORK FURLOUGH PROGRAM RECOMMENDED. ☐ NOT TO BE ELIGIBLE FOR COUNTY PAROLE
Ct I 2 ☒ FINED IN SUM OF $ 50 lab fee ~~PLUS ADDITIONAL FINE OF~~ $ 200 ~~(11372.5 HEALTH & SAFETY CODE) FOR A TOTAL FINE OF $~~ 178.75 PLUS Code ~~ASSESSMENT AND SURCHARGE (1464 PC & 76000GC), TO~~ BE PAID TO PROBATION OFFICER IN SUCH MANNER AS HE SHALL PRESCRIBE.
3 ☒ MAKE RESTITUTION OF $ 100.00 TO THE VICTIM/RESTITUTION FUND PURSUANT TO SECTION 1203.04 PENAL CODE IN SUCH MANNER AS THE PROBATION OFFICER SHALL PRESCRIBE. ☐ TOTAL AMOUNT OF RESTITUTION TO INCLUDE ____ % SERVICE CHARGE AS AUTHORIZED BY SECTION 1203.1 P.C.
☒ PAY RESTITUTION FINE IN SUM OF $ 100.00 PURSUANT TO SECTION 13967(a) GOVERNMENT CODE PAYABLE TO PROBATION DEPARTMENT IN SUCH MANNER AS THEY PRESCRIBE. ☒ SAID FINE TO BE STAYED WHILE DEFENDANT PAYS RESTITUTION AND IF RESTITUTION IS PAID IN FULL, STAY SHALL BE PERMANENT.
4 ☐ MINIMUM PAYMENT OF FINE/RESTITUTION TO BE $ ____
5 ☐ NOT DRINK ANY ALCOHOLIC BEVERAGE AND STAY OUT OF PLACES WHERE THEY ARE THE CHIEF ITEM OF SALE.
6 ☒ NOT USE OR POSSESS ANY NARCOTICS, DANGEROUS OR RESTRICTED DRUGS OR ASSOCIATED PARAPHERNALIA, EXCEPT WITH VALID PRESCRIPTION, AND STAY AWAY FROM PLACES WHERE USERS CONGREGATE.
7 ☒ NOT ASSOCIATE WITH PERSONS KNOWN BY YOU TO BE NARCOTIC OR DRUG USERS OR SELLERS.
8 ☐ SUBMIT TO PERIODIC ANTI-NARCOTIC TESTS AS DIRECTED BY THE PROBATION OFFICER. SUCH TESTING TO BE SUSPENDED WHILE THE DEFENDANT IS IN CUSTODY, IS HOSPITALIZED, OR IS IN A RESIDENTIAL DRUG TREATMENT PROGRAM APPROVED BY PROBATION OFFICER.
9 ☐ HAVE NO BLANK CHECKS IN POSSESSION. NOT WRITE ANY PORTION OF ANY CHECKS. NOT HAVE BANK ACCOUNT UPON WHICH YOU MAY DRAW CHECKS.
10 ☐ NOT GAMBLE OR ENGAGE IN BOOKMAKING ACTIVITIES OR HAVE PARAPHERNALIA THEREOF IN POSSESSION, AND NOT BE PRESENT IN PLACES WHERE GAMBLING OR BOOKMAKING IS CONDUCTED.
11 ☐ NOT ASSOCIATE WITH ____
12 ☐ COOPERATE WITH PROBATION OFFICER IN A PLAN FOR ____
13 ☐ SUPPORT DEPENDENTS AS DIRECTED BY PROBATION OFFICER.
14 ☒ SEEK AND MAINTAIN TRAINING, SCHOOLING OR EMPLOYMENT AS APPROVED BY PROBATION OFFICER.
15 ☒ MAINTAIN RESIDENCE AS APPROVED BY PROBATION OFFICER.
16 ☐ SURRENDER DRIVER'S LICENSE TO CLERK OF COURT TO BE RETURNED TO DEPARTMENT OF MOTOR VEHICLES.
17 ☐ NOT DRIVE A MOTOR VEHICLE UNLESS LAWFULLY LICENSED AND INSURED.
18 ☐ NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS.
19 ☒ SUBMIT PERSON AND PROPERTY TO SEARCH OR SEIZURE AT ANY TIME OF THE DAY OR NIGHT BY ANY LAW ENFORCEMENT OFFICER, WITH OR WITHOUT A WARRANT.
20 ☒ OBEY ALL LAWS, ORDERS, RULES AND REGULATIONS OF THE PROBATION DEPARTMENT AND OF THE COURT.
79 ☒ DEFENDANT TO BE GIVEN CREDIT FOR 6 DAYS IN CUSTODY (INCLUDES 2 DAYS GOOD TIME/WORK TIME) mo cts 1-2-3-4-5
80 ☒ SENTENCE/COUNTS TO RUN CONSECUTIVELY TO/CONCURRENTLY WITH each other
81 ☒ STAY OF EXECUTION OF jail sentence GRANTED TO 1-12-90
82 ☐ ON MOTION OF PEOPLE, COUNTS ____ DISMISSED IN FURTHERANCE OF JUSTICE
83 ☒ COURT ADVISES DEFENDANT OF HIS APPEAL/PAROLE RIGHTS.
84 ☐ "NOTICE RE CERTIFICATE OF REHABILITATION AND PARDON" GIVEN TO DEFENDANT.
85 ☐ DEFENDANT TO PAY COSTS OF PROBATION SERVICES IN AMOUNT OF $ ____
86 ☒ COURT FINDS THAT DEFENDANT DOES NOT HAVE THE PRESENT ABILITY TO PAY COSTS OF ~~INCARCERATION/LEGAL SERVICES RENDERED/~~ PROBATION SERVICES RENDERED.
87 ☐ DEFENDANT IS REFERRED TO TREASURER/TAX COLLECTOR FOR FINANCIAL EVALUATION.
88 ☐ FURTHER ORDER AS FOLLOWS/ADDITIONAL CONDITIONS OF PROBATION:

89 ☐ SHERIFF IS ORDERED TO ALLOW DEFENDANT ____ PHONE CALLS AT DEFENDANT'S OWN EXPENSE
90 ☐ DEFENDANT FAILS TO APPEAR WITH/WITHOUT SUFFICIENT EXCUSE.
91 ☐ BAIL, IF POSTED, FORFEITED/O.R. REVOKED. BENCH WARRANT ORDERED ISSUED/REISSUED/AND HELD UNTIL ____
☐ NO BAIL/BAIL FIXED AT $ ____
92 ☐ DEFENDANT APPEARING BENCH WARRANT ORDERED RECALLED/QUASHED ☐ RECALL NO. ____ WRITTEN ☐ ABSTRACT FILED

☐ REMANDED ☐ BAIL ☐ BAIL EXON. ☐ BOND NO. ____ MINUTES ENTERED
☐ RELEASED ☐ O.R. ☒ O.R. DISCHARGED ☒ ON PROBATION COUNTY CLERK

3 P&S

Mar. 19. 2008  8:21PM                                No. 4345.  P. 4

FILED
AUG 31 1988
FRANK S. ZOLIN, COUNTY CLERK
BY M Cooper
DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff |     Case No.   A924892

v. |     INFORMATION

|     Arraignment Date: 08/31/88
|     Department: SW   G

RONALD EUGENE HOUSTON

Defendant(s)|

INFORMATION
SUMMARY

| Ct. No. | Charge | Charge Range 3-4-5 | Defendant | Special Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| 1 | HS11351.5 | 3-4-5 | HOUSTON, RONALD EUGE | | |
| 2 | PC243(b) | CHECK CODE | HOUSTON, RONALD EUGE | | |
| 3 | PC148 | Check Code | HOUSTON, RONALD EUGE | | |
| 4 | PC12031(a) | Check Code | HOUSTON, RONALD EUGE | | |
| 5 | PC12025(a) | Check Code | HOUSTON, RONALD EUGE | | |
| 6 | PC242 | Check Code | HOUSTON, RONALD EUGE | | |

The District Attorney of the County of Los Angeles, by this Information alleges
that:

## COUNT 1

On or about August 4, 1988, in the County of Los Angeles, the crime of POSSESSION FOR SALE OF COCAINE BASE, in violation of HEALTH AND SAFETY CODE SECTION 11351.5, a Felony, was committed by RONALD EUGENE HOUSTON, who did willfully and unlawfully possess for sale and purchase for purposes of sale cocaine base.

* * * * *

## COUNT 2

On or about August 4, 1988, in the County of Los Angeles, the crime of BATTERY UPON AN OFFICER AND EMERGENCY PERSONNEL, in violation of PENAL CODE SECTION 243(b), a Misdemeanor, was committed by RONALD EUGENE HOUSTON, who did willfully and unlawfully use force and violence upon the person of Deputy A. Dunkle when said defendant(s), RONALD EUGENE HOUSTON knew and reasonably should have known that said person was a peace officer then and there engaged in the performance of his/her duties.

* * * * *

## COUNT 3

On or about August 4, 1988, in the County of Los Angeles, the crime of RESIST, OBSTRUCT, DELAY OF PEACE OFFICER OR EMT, in violation of PENAL CODE SECTION 148, a Misdemeanor, was committed by RONALD EUGENE HOUSTON, who did willfully and unlawfully resist, delay and obstruct Deputy A. Dunkle who was then and there a peace officer.

* * * * *

COUNT 4

On or about August 4, 1988, in the County of Los Angeles, the crime of CARRYING A LOADED FIREARM IN A VEHICLE, in violation of PENAL CODE SECTION 12031(a), a Misdemeanor, was committed by RONALD EUGENE HOUSTON, who did willfully and unlawfully carry a loaded firearm in a vehicle while in a public place and on a public street in a prohibited area of unincorporated territory, to wit, Gardena Park.

* * * * *

COUNT 5

On or about August 4, 1988, in the County of Los Angeles, the crime of HAVING CONCEALED FIREARM IN VEHICLE, in violation of PENAL CODE SECTION 12025(a), a Misdemeanor, was committed by RONALD EUGENE HOUSTON, who did willfully and unlawfully carry concealed within a vehicle which was under his/her control and direction a pistol, revolver, and firearm, to wit, Titan .25 caliber Automatic, without having a license to carry such firearm, he/she not then and there being a sheriff, constable, marshal, policeman, member of the California Highway Patrol, and other duly appointed peace officer.

* * * * *

COUNT 6

On or about August 4, 1988, in the County of Los Angeles, the crime of BATTERY, in violation of PENAL CODE SECTION 242, a Misdemeanor, was committed by RONALD EUGENE HOUSTON, who did willfully and unlawfully use force and violence upon the person of Renee Hill.

* * * * *

Mar. 19. 2008  8:22PM

No. 4345   P. 7

**37**

THIS INFORMATION NUMBERED    A924892 CONSISTS OF  6 COUNT(S).

IRA REINER, DISTRICT ATTORNEY
County of Los Angeles,
State of California

BY: _____
     AUDREY B.  COLLINS,
     DEPUTY DISTRICT ATTORNEY

Filed in Superior Court,
County of Los Angeles

DATED: _____

# EXHIBIT 2

PI-S 2002-002

**ATTACHMENT A**
**PaRR Inspections (TASK ORDER)**
Task Order # ____1440____

TO:
Independent Contractor: _RON Houston_     **Mail Date:** _____
Address: ▮▮▮▮▮     **Via: (email, fax, fedx)**
City, State: _LAS VEGAS NV_
IC Agreement # _____     **SSN or TIN** ▮▮▮▮▮▮▮▮
PaRR Inspections Charge # _____     **Period of Performance** _____

**Scope of Services:**
PaRR Inspections shall purchase from Independent Contractor (IC), and IC shall perform the following services:

- Collect and report required information from applicants whose principal residences have been damaged by disasters, including obtaining applicant signatures on FEMA provided forms.
- Use palm pad computers to receive and submit work, and to collect and record data on damaged dwellings and personal properties.
- Schedule appointments and meet with disaster applicants.
- Provide disaster assistance information to disaster applicants.
- Maintain a courteous, respectful and friendly disposition when dealing with applicants.
- Perform personal physical interior and exterior inspections of property.
- Conduct inspections and report results in accordance with standards and procedures as prescribed by FEMA and PaRR Inspections and made available in orientation\training materials and/or Inspection Guidelines.
- Verify ownership, occupancy, and insurance coverage.
- List all disaster related losses or unmet needs.
- Upon termination of deployment, return palm pad computer, accessories, and pagers in the same condition as when received.
- Complete refresher training courses in accordance with the schedule determined by PaRR Inspections. Failure to maintain complete refresher training courses will constitute a material breach of this Contract.
- Maintain minimum or better performance standards throughout deployment. PaRR Inspections has established the *minimum* standard as 8 inspections per day within an 10 hour period averaged over a two week period, or 32 inspections within a 40 hour work week, with less than 1% returns for correction or completion. Failure to maintain this minimum standard will constitute a material breach of this Contract.
- Time is of the essence in performance of these inspections. It is required that inspections be completed and returned by the inspector within 72 hours of receipt, except in the case of inspections designated by PaRR to be "priority". Priority inspections must be returned within 24 hours. Any "priority" inspections that are completed within the 24 hours will be paid at a rate 1.5 times the normal rate. This may require the IC to work 7 days per week.

Supervisor: _____     Cell # _____
**Additional Comments or Services:** _____

**Unit Price** _____     **Projected # of Inspections** _____     **Not to Exceed Price** _____

This Task Order shall be performed under the same terms and conditions as included in the original IC Agreement and is fully incorporated into, and made a part of that Agreement. All terms and conditions of the Independent Contract and its attachments shall remain unchanged and in full force and effect.

**PaRR Inspections**

By: _____     Date _____

**Independent Contractor** (Please sign and return both copies to PaRR Inspections).

I certify that I have not been arrested, charged, or convicted of any felony charge as of the start date of this Task Order.

By: _(signature)_     Date _1-6-02_

# EXHIBIT 3

# Consultant Application
# Review Form

## Contact Information

Last Name Houston          First Name Ronald          Middle Initial E

Mailing Address ▮▮▮▮▮▮

City Gardenia          State CA          Zip 90249

County Clark

Primary Phone No. 702-658-6968          Alternate Phone No. 310-756-8800

Mobile Phone No. 310-722-2770          Fax No.

E-mail address Bizzair1@aol.com

## Personal Information

We are required by FEMA to perform background checks. Please answer the following:

Social Security No.

Birth Date ▮▮▮▮▮

Drivers License State NV

Drivers License Number

Have you ever been convicted of a felony?   ○
Yes ◉ No

If yes, explain

Please indicate your Ethnic Group: (Optional)

Optional - Ethnic Group
- ○ Caucasian   ◉ African Amer.   ○ Hispanic   ○ Asian
- ○ American Indian / Alaskan Native   ○ Other

As a Government contractor, PaRR complies fully with all nondiscrimination and affirmative action regulations. No decisions about retaining any subcontractor consultants will be made on the basis of the above information. This information is kept strictly confidential and is used only for the purpose of responding to Government inquiries.

## Experience

Have you worked as a FEMA Housing Inspector? ◉ Yes ○ No

If yes, number of inspections completed 1000

NEMIS Training? ◉ Yes ○ No  Date

Number of disasters worked 0          Date of last disaster 2/1/2002

Are you currently a Dewberry & Davis or URS employee? No

## Related Experience

PaRR Inspections - Consultant Application Review Form                                    Page 2 of 3

☑ Construction Experience                              ☑ Adjusting Experience

Briefly describe any related experience not covered above. Include years worked and how experier related to FEMA's Housing Inspection Program

over 10,000 inspections for Suncoast/Vericon/CSC and Parsons Brinckerhoff

---

**Education**

---

**Professional licenses, certificates or partnering organizations**

---

**Availability**

Describe any availability or travel restrictions you may have

None

---

**Other Information**

Please check any of the following second-languages that you are **fluent** in:

☑ Chinese    ☐ French    ☐ German    ☐ Japanese
☑ Portugese   ☑ Spanish   ☐ Vietnamese   Other

Describe special skills such as second language or experience with culturally diverse groups, or an experience you think will help you as an Inspector

---

**Specific Work History** (Start with the most recent position and work back)

| | |
|---|---|
| Company  Parsons Brinckerhoff | Employed from                         to |
| Address  465 Spring Park Pl. | Phone No.  800-411-117 |
| City  Herndon | State  VA        Zip Code  20170 |
| Name and title of immediate supervisor  Jim Soucey | May we contact? ○ Yes  ◉ No |
| Your title  QC Inspector | |
| Company | Employed from                         to |
| Address | Phone No. |

PaRR Inspections - Consultant Application Review Form    Page 3 of 3

City [____]     State [▨]   Zip Code [____]
Name and title of immediate supervisor [____]    May we contact? ○ Yes ◉ No
Your title [____]
Company [____]    Employed from [____] to [____]
Address [____]    Phone No. [____]
City [____]     State [▨]   Zip Code [____]
Name and title of immediate supervisor [____]    May we contact? ○ Yes ◉ No
Your title [____]

---

### Residence History

Address [████]
City Las Vegas    State NV [▨]    Zip 89108    Years at this address 1
Address [████]
City Gardena      State CA [▨]    Zip 90249    Years at this address 10
Address [____]
City [____]       State [▨]       Zip [____]   Years at this address [__]
Address [____]
City [____]       State [▨]       Zip [____]   Years at this address [__]
Address [____]
City [____]       State [▨]       Zip [____]   Years at this address [__]

[ Submit Application Edits ]

# EXHIBIT 4

Independent Contractor Agreement
PI-S-2003-0004

THIS Contract ("Contract") made effective this 3 day of July 200__ ("Effective Date") is by and between PaRR Inspections, 8401 Arlington Boulevard, Fairfax, VA 22031 and _____ ("Independent Contractor").

COMPLETE *EACH NUMBERED ITEM BELOW*. ANY ITEM NOT COMPLETED OR NOT EASILY READ WILL VOID THIS CONTRACT. DO NOT LEAVE ANY ITEM BLANK. WRITE "NONE" WHERE APPROPRIATE.  PRINT ONLY AND SIGN PAGE 2

1. Your Name  Ron Houston                      INSPECTOR ID # 1408

2. Name of Business

3. Address _____ #__ 205   LV NV. 89106
          Number and Street        City        State       Zip Code

4. Telephone Number  310-722-2770

5. Social Security Number or Tax Identification Number _____

6. Email

7. Type of Entity (Please Check all that Apply)
   Sole proprietorship ____            Certified Small Disadvantaged Business ____
   Partnership ____                     Small Business ____
   Corporation ____                     Woman-Owned ____
   Veteran-Owned ____                   HUBZONE ____
   Veteran-Disabled ____

EXHIBIT
15
Houston 10-3-08

Terms of Agreement
This Contract shall be effective as of the first date indicated above and unless earlier terminated as stipulated herein, shall terminate on September 30, 2004.

Description of Services
PaRR Inspections shall purchase from Independent Contractor (IC), and IC shall perform the following services:
• Collect and report required information from applicants, whose principal residences have been damaged by disasters, including obtaining applicant signatures on FEMA provided forms.
• Use palm pad computers to receive and submit work, and to collect and record data on damaged dwellings and personal properties.
• Schedule appointments and meet with disaster applicants.
• Provide disaster assistance information to disaster applicants.
• Maintain a courteous, respectful and friendly disposition when dealing with applicants.
• Perform personal physical interior and exterior inspections of property.
• Conduct inspections and report results in accordance with standards and procedures as prescribed by FEMA and PaRR Inspections and made available in orientation/training materials and/or Inspection Guidelines.
• Verify ownership, occupancy, and insurance coverage.
• List all disaster-related losses or unmet needs.
• Upon termination of deployment, return palm pad computer, accessories, in the same condition or when received.
• Complete refresher training courses in accordance with the schedule determined by PaRR Inspections. Failure to maintain refresher training courses will constitute a material breach of this Contract.
• Maintain minimum or better performance standards throughout deployment. PaRR Inspections has established the minimum standard at 8 inspections per day within a 10 hour period averaged over a two week period, with less than 1% reason for correction or completion. Failure to maintain this minimum standard may constitute a material breach of this Contract and may be grounds for removal from the disaster area.

Time is of the essence in performance of these inspections. It is required that inspections be completed and returned by the inspector within an average of 72 hours of receipt, except in the case of inspections designated by PaRR to be "priority". Priority inspections must be returned within 24 hours. Any "priority" inspections that are completed within the 24 hours will be paid at a rate 1.5 times the normal rate.

IC will perform such services for PaRR Inspections in support of PaRR Inspections' Prime Contract with the Federal Emergency Management Agency (FEMA), EMW 2001-CO-0002. All work will be performed in a professional and timely manner.

PaRR Inspections shall provide:
1. Orientation training on conducting FEMA Housing Inspections, including refresher training
2. Transportation from the Independent Contractor's address above to the disaster site and return
3. Training on palm pad computers
4. Loan of government-owned palm pad computers
5. Standard forms

Independent Contractor shall provide:
1. Transportation at the job site for daily work requirements.
2. All expenses relating to food, lodging, local travel, local and long distance telephone calls, automobile and miscellaneous expenses.
3. All local (federal, state, local, FICA, Unemployment, and estimated tax payments)
4. Except as otherwise stipulated all tools, equipment, materials, hand transportation, food and supplies necessary to perform the work.
5. Certification that they have either Worker's Compensation insurance or a health insurance policy and Commercial General Liability insurance as required in the clause entitled "Worker's Compensation and Commercial General Liability Insurance" herein.

Assignment Authorization and Acceptance
PaRR Inspections shall provide a verbal authorization to report to a disaster site via telephone call. IC shall, upon acceptance of authorization, respond to the site within 24 hours of the verbal authorization. PaRR Inspections may authorally reached the verbal authorization at any time. Task Orders will not change any of the terms and conditions of this Contract. The IC agrees to be deployed a minimum of thirty (30) days, unless released earlier by PaRR Inspections. Should the IC leave the disaster site without the permission of PaRR Inspections prior to the 30 days, PaRR Inspections will not be responsible for the return transportation costs.

Terms of Payment
For the performance of services stated in this contract, PaRR Inspections shall pay IC $44.66 for each regular inspection they complete that is approved by FEMA and conducted on an assignment authorized by PaRR Inspections. Inspections must also meet performance standards as defined herein and in any current and future policy directives issued in support of this Contract, all of which are fully incorporated and made a part of this Contract and binding upon the IC. PaRR Inspections may designate inspections as "priority" or "rework". In such cases PaRR shall pay the IC one and one half times the regular rate that the chief deems if the priority and rework inspections are completed within the time specified by PaRR.
Payments will be made based on an approved inspection of an invoice that is provided upon arrival at the disaster field office. The IC may invoice for inspections that are still in review approval is not accepted by FEMA but billed as completed by the IC. In the event the 10% retainage does not cover the total value of unacceptable work, additional payment reductions may be not accepted by FEMA but billed or completed by the IC. In the event the 10% retainage does not cover the total value of unacceptable work, additional payment reductions may be made to recover the difference. Inspections found to be in error are subject to 100% retainage and any error monies withheld will be paid to the IC when all necessary FEMA forms related to the inspections have been submitted, and FEMA has accepted these forms and inspection reports. Invoices are to be submitted bi-weekly (twice a month) to be received at the PaRR office no later than such. the Friday following the close of the pay period. The IC is liable for palm pad computers, accessories, and any other PaRR issued equipment that are not returned after approved completion or Contract termination, whichever should first occur. The value of the equipment not returned will be off-set from IC's invoices.

Charges for Inspector Errors
Because of the significant added cost to PaRR Inspections as represents document submitted by the IC because those documents are not filled in completely or contain incorrect information, the IC will be charged a portion of that added cost in accordance with PaRR Inspections' Independent Inspector Compensation Policy then in effect.

Reimbursement of Expenses
Normally PaRR Inspections will provide prepaid air transportation to the disaster site as stated above. However, when IC desires to provide or arrange own transportation, the following must first occur:
1. IC must obtain permission from PaRR Inspections before making the arrangement.
2. The total of IC transportation shall not exceed (a) 1 roundtrip to coach air fare or (b) transportation by IC driving his or her private vehicle, not to exceed 500 miles each way, at $0.37 per mile.
3. Cost must be equal to or less than the rate provided by PaRR Inspections prepaid air fare.
4. Travel to and from a location other than IC's address stated in this Contract must be approved in advance by PaRR Inspections.

ICAgreement 06-8-04                                            (Read and Sign the bottom of page 2 →)

12

**Use of Government-Owned Equipment ("GOE")**
IC may be prohibited equipment owned by the Government, such as palm pads, accessories, and/or other equipment. The Government prohibits the use, installation or loading of ANY software on any of its computers, unless the use, loading or installation of the software has been previously approved by the Government through PaRR Inspections. This includes installing ISP software such as AOL that is included with the Government installed software but has not been activated. All GOE must be returned to PaRR Inspections in accordance with FAR 52.245-2 and 15. Noncompliance of this provision will be grounds for terminating this Contract. The cost to PaRR for removing unauthorized software will be offset from IC invoices.

**Federal, State and Local Taxes**
PaRR Inspections shall not withhold nor pay federal, state, or local income taxes or payroll taxes of any kind, on behalf of IC or the employees of IC. IC shall not be treated as an employee with respect to the services performed as described in this Contract for federal, state, or local tax purposes. IC understands that IC is responsible to pay, according to law, IC's income taxes. If IC is not a corporation, IC further understands that IC may be liable for self-employment (social security taxes) to be paid by IC according to law.

**Fringe Benefits**
As an independent business, IC is not eligible for, and shall not participate in any employer pension benefit, health, or other fringe benefit plan of PaRR Inspections. IC understands that the per inspection rate offered IC includes an allowance for benefits as mandated by the Service Contract Act (SCA) found at Federal Acquisition Regulation (FAR) 52.222.41. IC also acknowledges that as an independent contractor, the IC is not eligible for unemployment benefits and will not file for such benefits based on its work for PaRR.

**Subcontractor as a Government Prime Contract**
This Contract operates as a subcontractor under Prime Contract with the Federal Government and is subject to the following Federal Acquisition Regulations (PAR): Service Contract Act, FAR 52.222.41-42, and the Fair Labor Standards Act, 52.222.43; Government Property, FAR 52.245-2 and -15; and Insurance Liability, FAR 52.228-7. IC must comply with all such FAR requirements, including the SCA and must maintain appropriate records documenting hours worked and rates paid per diem/or bulk order. In the PAR, the term "the Contractor" and equivalent terms shall mean the IC and the terms "the Government" and "the Contracting Officer" and equivalent terms shall mean PaRR Inspections

**Background Check**
PaRR Inspections is required to conduct annual background checks on all incoming Inspectors, including all IC's. The signing of this Contract is explicit authorization to conduct these background checks. The IC shall immediately notify PaRR Inspections of any arrests, charges or convictions that occur after the effective date of this Contract. Such arrest does not automatically disqualify IC from work under this Contract.

**Availability**
Independent Contractor will log in indicating availability no less than every two months at the following site: www.parrinspections.com. Contractors deployed for disasters will be selected from Contractors who have logged in availability within the past two months of the disaster.

**Relationship with Client**
IC is prohibited from engaging in direct communication with PaRR Inspections' Government client on this project. All communication and/or correspondence must be directed to PaRR Inspections.

**Disputes/Complaints**
All claims, disputes and other matters which IC may have from time to time arising from this Contract will be settled through PaRR Inspections' Field Supervisor. If a satisfactory resolution has not been reached within 20 calendar days of submittal to the Field Supervisor, the IC may submit the matter to PaRR Inspections' Director of Field Operations and then to PaRR Inspections Project Director if not resolved within 15 days by the Director of Field Operations. Any matter not resolved by the Project Director will be resolved by PaRR Inspections' Executive Committee. Failure of the IC to follow this dispute process will be a material breach of this Contract.

**Worker's Compensation and Commercial Liability Insurance**
IC acknowledges that PaRR Inspections will not provide worker's compensation insurance for IC or the employees of IC. IC shall comply with the worker's compensation law concerning IC and the PaRR Inspections, and shall provide to PaRR Inspections, a certificate of worker's compensation insurance or in the event IC has no legal obligation to maintain worker's compensation employees of IC, and shall provide to PaRR Inspections, a certificate of worker's compensation insurance, IC shall provide some evidence of health insurance which will cover IC for any injury sustained by IC in the performance of the insurance and IC does not maintain such insurance, IC shall provide some evidence of health insurance which will cover IC for any injury sustained by IC in the performance of services described in this Contract. In the event IC or its employees are injured in the performance of services under this Contract, IC and its employees specifically agree to make no claim of any kind, including a claim for worker's compensation benefits against PaRR Inspections, its affiliates, or FEMA. IC and its employees specifically release and discharge PaRR Inspections, its affiliates, and FEMA for, and hold them harmless from, the consequences of any injury. The IC shall also maintain Commercial General Liability Insurance, including automobile liability protecting PaRR and the IC from claims for bodily injury (including death) and property damage which may arise from or in connection with the performance of services under this Contract, or from or out of any negligent act or omission of IC and its employees.

**Safety and Health**
The IC recognizes that disaster sites bury contain unsafe conditions which vary greatly among inspection sites. IC recognizes further that PaRR Inspections has no control over, nor knowledge of, the particular conditions which exist at each inspection site. Therefore, IC shall have sole responsibility for the safety and health of IC and the employees of IC while operating in the field. IC shall abide and comply with all applicable safety and health laws and regulations, including, but not limited to, the standards and regulations promulgated by the Secretary of Labor under the Occupational Safety and Health Act of 1970 and any other legislation enacted for the safety and health of IC and/or the employees of IC. For informational purposes only, PaRR Inspections has provided a document titled Health and Safety Plan for FEMA Disaster Housing Inspection Programs with suggestions for safety and health practices (the Document) for use as the IC shall independently determine. The Document may be found at www.parrinspections.com. By signing this Agreement the IC acknowledges that the Document is available for reviewing and downloading by the IC and that PaRR Inspections is not liable for any errors, omissions, or conflicting and obsolete practices and statements that may be found within the Document. A copy of the Document may be obtained upon request from the PaRR Inspections Headquarters.

**Proprietary and Confidential Information**
The IC shall not engage in any publicity or public media disclosures with respect to this work without the prior written consent of PaRR Inspections. Any request for media treatment shall be directed to the Field Supervisor. Any information collected by IC in performance of the work under this Contract shall be considered confidential and proprietary whether disclosed in written or oral form ("Confidential Information"). IC shall take all reasonable care to preserve and protect such Confidential Information from any unauthorized use, disclosure, or theft.

**Termination**
Either party may terminate this Contract without cause after giving seven (7) days written notice to the other. Such termination will not require PaRR Inspections to pay for return transportation in the event the IC decides to leave a Task Order assignment in less than the 30 day minimum stay. The parties shall exercise a professional and respectful relationship during this 7 day period. However, PaRR Inspections may terminate this Contract immediately with cause.

**Non-waiver**
The failure of PaRR Inspections to exercise any of its rights under this Contract for a breach of this Contract shall not be deemed to be a waiver of such rights or a waiver of any subsequent breach.

**No Authority to Bind Client**
IC has no authority to enter into contracts or agreements on behalf of PaRR Inspections. This Contract does not create a partnership between the parties.

**Independent Contractor Compliance with Regulations**
IC declares that IC has complied with all federal, state, and local laws and regulations regarding business permits and licenses that may be required to carry out the work to be performed under this Contract.

**Notices**
Any notice given in connection with this Contract shall be given by telephone or telecopier and confirmed in writing and sent by first class USA mail to the other party at the address stated above.

**Assignability**
IC may not assign this Contract in whole or in part.

**Choice of Law**
Any dispute under this Contract or related to this Contract shall be decided in accordance with the laws of the Commonwealth of Virginia.

**Severability**
If any part of this Contract shall be held unenforceable, the rest of this Contract will nevertheless remain in full force and effect.

**Amendments**
This Contract may not be changed orally but may be supplemented, amended, revised or revised by the written consent of the parties.

**Alterations**
Any alteration, including penciled, typed, or printed changes to this Contract, in any form other than an amendment signed by both parties, is void, notwithstanding the commencement of performance by the IC.

**Entire Agreement**
This is the entire agreement of the parties and supersedes any and/or other declarations or agreements.

Signed
PaRR Inspections _____

Independent Contractor _____

Date _____

Date 7-03-04

IC Agreement 00-00-004

Page 2

14

# EXHIBIT 5

PI-S 2002-002

## ATTACHMENT A
## PaRR Inspections (TASK ORDER)
Task Order # _15-1_

**TO:**
**Independent Contractor:** Ron Houston          **Mail Date:** 7-3-04
**Address:** ▓▓▓▓▓▓▓▓
**City, State:** LAS VEGAS ▓▓▓▓▓          **Via: (email, fax, fedx)**
**IC Agreement #** _____
**PaRR Inspections Charge #** _____          **SSN or TIN** ▓▓▓▓▓
                                        **Period of Performance** _____

**Scope of Services:**
PaRR Inspections shall purchase from Independent Contractor (IC), and IC shall perform the following services:
- Collect and report required information from applicants whose principal residences have been damaged by disasters, including obtaining applicant signatures on FEMA provided forms.
- Use palm pad computers to receive and submit work, and to collect and record data on damaged dwellings and personal properties.
- Schedule appointments and meet with disaster applicants.
- Provide disaster assistance information to disaster applicants.
- Maintain a courteous, respectful and friendly disposition when dealing with applicants.
- Perform personal physical interior and exterior inspections of property.
- Conduct inspections and report results in accordance with standards and procedures as prescribed by FEMA and PaRR Inspections and made available in orientation\training materials and/or Inspection Guidelines.
- Verify ownership, occupancy, and insurance coverage.
- List all disaster related losses or unmet needs.
- Upon termination of deployment, return palm pad computer, accessories, and pagers in the same condition as when received.
- Complete refresher training courses in accordance with the schedule determined by PaRR Inspections. Failure to maintain complete refresher training courses will constitute a material breach of this Contract.
- Maintain minimum or better performance standards throughout deployment. PaRR Inspections has established the *minimum* standard as 8 inspections per day within an 10 hour period averaged over a two week period. PaRR inspections within a 40 hour work week, with less than 1% returns for correction or completion. Failure to maintain this minimum standard will constitute a material breach of this Contract.
- Time is of the essence in performance of these inspections. It is required that inspections be completed and returned by the inspector within 72 hours of receipt, except in the case of inspections designated by PaRR to be "priority". Priority inspections must be returned within 24 hours. Any "priority" inspections that are completed within the 24 hours will be paid at a rate 1.5 times the normal rate. This may require the IC to work 7 days per week.

**Supervisor:** Kill Dinger          **Cell #** _____
**Additional Comments or Services:** _____

**Unit Price** _44.66_          **Projected # of Inspections** _____          **Not to Exceed Price** _____

This Task Order shall be performed under the same terms and conditions as included in the original IC Agreement and is fully incorporated into, and made a part of that Agreement. All terms and conditions of the Independent Contract and its attachments shall remain unchanged and in full force and effect.

**PaRR Inspections**

By: _~signature~_          Date _7/4/04_

**Independent Contractor** (Please sign and return both copies to PaRR Inspections).

I certify that I have not been arrested, charged, or convicted of any felony charge as of the start date of this Task Order.

By: _~signature~_          Date _7-3-04_

# EXHIBIT 17



# EXHIBIT 19

## Invoicing for Payment and 90-69 Preparation

**Policy No: P001**                                    **Date: 12/01/03**

PaRR Inspections offer a compensation package that is competitive and provides fair value for the services provided by independent contractors performing housing inspections. The per-inspection rate offered by PaRR Inspections includes the equivalent of an hourly wage, the monetary value of fringe benefits, and projected overtime. There are also arrangements to cover contingencies that may occur through no fault of the Inspector that may adversely impact on Inspector earnings. As currently structured, the compensation package, including the per inspection rate offered by PaRR Inspections, is among the best in the industry.

PaRR's compensation policy addresses the following areas:

- per inspection rate
- travel time
- training time
- ride-along time
- briefing time
- charges for inspector errors
- remote inspections
- priority inspections
- disaster closeout inspections

In determining allowable compensation, credit is given only for hours actually worked in a compensation period and when the inspector is available and willing to work. A compensation period is a seven-day period.

**Per Inspection Rate -** The per inspection rate is $49.40 for each regular inspection completed and accepted in accordance with the terms of the Independent Contractor Agreement (IC Agreement). The per inspection rate for inspections designated by PaRR as priority or remote shall be one-and-one-half times the regular inspection rate if the inspections are completed in accordance with the IC Agreement. Invoicing and payment guidelines are addressed in the IC Agreement.

**PaRR's performance standard.** Our performance standard or expectation is for each Inspector to complete a minimum of eight inspections per day, averaged over a two-week period. This standard is set as a means of evaluating the performance of each Inspector and of measuring PaRR Inspections' success in meeting its goals. Our success with FEMA and disaster victims relies on prompt and accurate inspections. Consequently, Inspectors will be called to the field based on their past performance in terms of speed and quality of inspections. Eight inspections per day is only one of several performance standards established for this project. Other criteria include quality of work, customer service, timeliness, and 90-69B accuracy.

PaRR 0003335

## Invoicing for Payment and 90-69 Preparation

**Travel Time -** Time spent in travel to a disaster site to receive instructions, training, or orientation is <u>not</u> compensable. Compensation for time spent traveling when working on a Task Order as part of regular inspection activity has already been factored into PaRR Inspections' per inspection rate. No additional travel time compensation will be paid.

**Training Time -** Time spent in training is not compensable if training occurs before PaRR's issuance of a Task Order to an Inspector.

**Briefings and Orientation -** Time spent in briefings is not compensable.

**Charges for Inspector Errors -** Because of the significant added cost to PaRR Inspections to reprocess documents submitted by inspectors because those documents are not filled in completely or contain incorrect information, inspectors will be charged a portion of that added cost as follows:

- $25 for missing and/or incorrect information on invoices and 90-69Bs.
- If the applicant's signature is missing on the 90-69B, the inspector will not be paid for that inspection. Those inspections will be sent back to the field and the inspector will be charged $25.00 for that invoice. The inspector who ultimately obtains the signature will be paid the full amount for that inspection.
- $25 when submitted 90-69Bs are not in the same order as inspections listed on the "Completed List of Applicants" form.
- $25 for no "Completed List of Applicants" form.
- $25 for not separating "No Contact, Priority or Remote" inspections.

**Remote & Priority Inspections – Remote inspections are inspections designated by the FEMA Project Monitor,** which could be scattered at distances greater than the majority of inspections. PaRR will provide compensation for inspections designated "Remote" at 1.5 times the rate for normal inspections, ($74.10 per inspection). Priority inspections are only those inspections designated by the PaRR Field Supervisor as "Priority" and must be completed within 24 hours after the FEMA Project Monitor notifies PaRR. Priority inspections will be compensated at 1.5 times the rate for normal inspections or $74.10 per inspection.

**Closeout Work -** Inspectors conducting closeout work are considered to be in a part-time status and thus will not be compensated based on the 25 completed inspections as described in Downtime Compensation. As the disaster begins to wane, the ability of PaRR to provide inspectors with enough inspections during a compensation period to allow the inspector to meet the minimum (25) completed inspections is impossible. Therefore, pay for inspections in closeout will be based on the number of hours worked times $22.14, or 1.5 times the normal per inspection rate, whichever is greater. If an overnight stay is reasonably required, then a per diem of $110 will be paid. Inspectors performing closeout work must complete and submit the special Close Out Invoice attached to the Independent Contractor Contract in order to receive compensation for closeout inspections.

PaRR 0003336

## Invoicing for Payment and 90-69 Preparation

To ensure that inspectors are properly paid, it is very important for each inspector to accurately record the hours worked for the inspections claimed on the PaRR Invoice record the hours worked for the inspections claimed on the PaRR Invoice.

PaRR 0003337

# EXHIBIT 20

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>PaRR Inspections<br>8401 Arlington Boulevard<br><br>Fairfax         VA     22031<br>Contact Phone Number:      (703) 849-0219 | 1   Rents<br>$ | OMB No. 1545-01~ 5<br>**2004**<br>Form 1099-MISC | Miscellaneous<br>Income |
|---|---|---|---|
| | 2   Royalties<br>$ | | |
| | 3   Other income<br>$ | 4   Federal income tax withheld<br>$ | Copy B<br>For Recipient |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 5   Fishing boat proceeds<br>$ | 6   Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br>Ronald E Houston | 7   Nonemployee compensation<br>$        59904.00 | 8   Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9   Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10   Crop insurance proceeds<br>$ | |
| Las Vegas         NV     89108 | 11 | 12 | |
| Account number (optional)<br>14018 | 13   Excess golden parachute payments<br>$ | 14   Gross proceeds paid to an attorney<br>$ | |
| 15 | 16   State tax withheld<br>$<br>$ | 17   State/Payer's state no.<br>_ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ | 18   State income<br>$<br>$ |

Form **1099-MISC**                    (keep for your records)        Department of the Treasury - Internal Revenue Service

*Ex 10*

# EXHIBIT 21



☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| PaRR Inspections<br>8401 Arlington Boulevard<br>Fairfax        VA        22031<br>Contact Phone Number:        (703) 849-0219 | $<br>2 Royalties<br>$<br>3 Other income<br>$ | **2005**<br>Form 1099-MISC<br>4 Federal income tax withheld<br>$ | Miscellaneous Income<br>Copy B<br>For Recipient |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |
|---|---|---|---|

| RECIPIENT'S name, address, and ZIP code | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|
| Ronald E Houston | | |
| | $        118765.81 | $ |

| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds |
|---|---|---|
| Las Vegas        NV        89108 | 11 | 12 |

| Account number (see instructions) | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|
| 1401B | $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | | $ | | $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form **1099-MISC**        ⊛ Printed on Recycled Paper        (keep for your records)        Department of the Treasury - Internal Revenue Service

DETACH BEFORE MAILING

PRINTED IN U.S.A. ON ⊛ RECYCLED OCR LASER BOND PAPER USING HEAT RESISTANT INKS

*Ex 11*

# EXHIBIT 22



☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| PaRR Inspections<br>8401 Arlington Boulevard<br><br>Fairfax          VA     22031<br>Contact Phone Number:     (703) 849-0219 | $ | **2006** | **Miscellaneous Income** |
| | 2 Royalties<br>$ | Form 1099-MISC | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy B<br>For Recipient |
| PAYER'S federal identification number ▉ | RECIPIENT'S identification number ▉ | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |
| RECIPIENT'S name, address, and ZIP code<br><br>Ronald E Houston<br><br>▉<br><br>Las Vegas          NV     89108 | 7 Nonemployee compensation<br>30314.95 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 ▉ | 12 ▉ | |
| Account number (see instructions)<br>14018 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ ........<br>$ | 17 State/Payer's state no. | 18 State income<br>$ ........<br>$ |

Form **1099-MISC**   (Printed on Recycled Paper)   (keep for your records)   Department of the Treasury - Internal Revenue Service

DETACH BEFORE MAILING
RECYCLED OCR LASER BOND PAPER USING HEAT RESISTANT INKS
PRINTED IN U.S.A. ON

*Ex12*